POOR QUALITY ORIGINAL

96

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

**Jameel Lockhart,**

Plaintiff,

Case: 2:25-cv-11341
Assigned To : Drain, Gershwin A.
Referral Judge: Grand, David R.
Assign. Date : 5/7/2025
Description: CMP LOCKHART V. SUN WEST MORTGAGE COMPANY, INC (AB)

v.

Civil Action No. _______

**Sun West Mortgage Company, Inc.,**

Defendant.

---

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DEFAULT JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff Jameel Lockhart, appearing pro se, respectfully moves this Court for an order granting Summary Judgment and Default Judgment against Defendant Sun West Mortgage Company, Inc. In support thereof, Plaintiff states as follows:

---

## STATEMENT OF LEGAL PRINCIPLES

1. **Summary Judgment Standard (FRCP 56):** Summary judgment shall be granted if the movant shows there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law.

2. **Default Judgment:** A party is entitled to default judgment when the opposing party fails to plead or otherwise defend against a properly served complaint. (Fed. R. Civ. P. 55).
3. **Accord and Satisfaction:** When a creditor accepts a check marked as full settlement of a disputed debt and deposits the same, the debt is extinguished. (See *U.C.C. § 3-311*).
4. **Truth in Lending Act (TILA) Rescission:** Under 15 U.S.C. § 1635, borrowers have the right to rescind certain mortgage transactions for material TILA violations.
5. **Fiduciary Duty and IRS Form 56-F:** When a party is appointed as fiduciary by issuance of IRS Form 56-F and fails to perform that fiduciary duty, the principal may take enforcement action to hold the fiduciary accountable.

---

**STATEMENT OF MATERIAL FACTS**

1. **Notice of Rescission** sent on December 11, 2023 via UPS Tracking #1ZAC645403634088072.
2. **Tort Waiver** sent on January 17, 2024 via USPS Registered Mail #193 614 681 US.
3. **Affidavit of Void Contract & Return of Down Payment for TILA Violation** (including IRS Form 56-F appointing Scott Frommert and Form 1099-C) sent on January 17, 2024 via USPS Registered Mail #RE 193 614 695 US.
4. **Affidavit of Default & Affirmation for Certificate of Default** sent February 5, 2024 via Certified Mail #9505511923534036420526.
5. **Settlement Checks**: Two checks issued—$4730.36 for Loan #1233050074 (cashed Feb 28, 2024) and $317.09 for Loan #1233050079 (cashed Feb 23, 2024).
6. **Notice of Accord and Satisfaction** sent March 1, 2024 via Certified Mail #9589071052701514561077.

7. **Additional Settlement Offer** via check for $4,740.11 (Loan #1233050074) and $332.94 (Loan #1233050079), both posted as paid on April 2, 2024.
8. **Notice of Entry of Default Judgment** sent April 8, 2025 via Certified Mail #9589071052702387376560.
9. **Notice of Satisfaction and Affidavit of Non-Rebuttal** sent after Defendant attempted rebuttal via Certified Mail #9589071052701793000168.
10. Plaintiff exchanged email correspondence with Defendant's representative between April 5, 2025 and April 23, 2025, attempting to clarify the terms of settlement and obtain formal acknowledgment of rescission. These emails are attached as Exhibit H and further support Plaintiff's assertion of Defendant's default and noncompliance with applicable law.
11.

---

**ARGUMENT**

1. **No Genuine Issue of Material Fact Exists:** Plaintiff properly served Defendant with multiple legal notices, affidavits, and instruments effectuating rescission, waiver of tort, and settlement of account. Defendant has failed to respond in law, and its policy-based responses are insufficient under federal standards.
2. **Defendant Defaulted Administratively:** After receiving Plaintiffs Affidavit of Default, Defendant failed to lawfully contest the allegations, triggering an entry of default by operation of law.
3. **Accord and Satisfaction Established:** Defendant accepted and cashed settlement checks with clear "full satisfaction" language in the memo field. Under UCC § 3-311, this discharges the debt, and continued collection/reporting violates the accord.

4. **Rescission Was Lawful and Binding:** Plaintiff rescinded the contract per TILA and demanded release of all liens. Defendant's failure to act on this or respond legally further supports Plaintiff's right to summary judgment.

---

**STATEMENT OF COMPLIANCE WITH LOCAL RULE 7.1(a)**

Pursuant to Local Rule 7.1(a), Plaintiff Jameel Lockhart certifies that on May 6th 2025 he sought concurrence in the relief requested in this motion by notifying counsel for Defendant Sun West Mortgage Company, Inc. via email. As of the time of this filing, Defendant has not concurred in the relief requested. Accordingly, this motion is respectfully submitted to the Court for determination.

**CONCLUSION**

For the reasons stated above, there is no genuine dispute as to any material fact, and Plaintiff is entitled to judgment as a matter of law. Plaintiff respectfully requests this Court:

1. Grant Summary Judgment in favor of Plaintiff;
2. Enter Default Judgment against Sun West Mortgage Company, Inc.;
3. Declare that the mortgage loan contracts are rescinded and void;
4. Enjoin Sun West from any further collection or credit reporting;
5. Order the release of any liens or security interests on Plaintiff's property;
6. Award any other relief the Court deems just and proper.

---

**Jameel Lockhart**

Pro Se Plaintiff

1304 Devonshire rd

Grosse Pointe Park, MI 48230

404-748-5627

jameellockhart2@gmail.com

Date: 5/7/2025

---

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Motion for Summary Judgment and Default Judgment was served upon Defendant Sun West Mortgage Company, Inc. at its principal place of business via certified mail U.S Mail Tracking No. 9589 0710 5270 1793 0002 74 on the date of filing.

---

Jameel Lockhart

Date: 5/7/2025

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN**

**JAMEEL LOCKHART,**

**Plaintiff,**

**v.**

**SUN WEST MORTGAGE COMPANY, INC.,**

**Defendant.**

**Case No.:** ____________________

**Hon.** ________________________

---

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

---

## I. INTRODUCTION

Plaintiff Jameel Lockhart submits this Memorandum of Law in support of his Motion for Summary Judgment under Rule 56 of the Federal Rules of Civil Procedure. Defendant Sun West Mortgage Company, Inc. has failed to rebut Plaintiff's properly served Notice of Rescission, Waiver of Tort, and supporting settlement documents. As a matter of law, there is no genuine issue of material fact and Plaintiff is entitled to judgment in his favor.

## II. STATEMENT OF FACTS

1. Plaintiff entered into a mortgage transaction with Defendant that was later discovered to involve material misrepresentations, including a fraudulent down payment and private mortgage insurance (PMI).
2. Plaintiff served a timely Notice of Rescission pursuant to 15 U.S.C. §1635 (TILA), attached as Exhibit A, and delivered via certified mail (Exhibit A-1).
3. Plaintiff executed and served a Waiver of Tort / Affidavit of Void Contract (Exhibit B), supported by proof of mailing (Exhibit B-1).
4. Defendant failed to respond or cure the rescission within 20 days as required by TILA.
5. Plaintiff subsequently served an Affidavit of Default and Affirmation of Request for Default (Exhibit C), with proof of mailing (Exhibit C-1).
6. A UCC Financing Statement and Security Agreement were filed and served based on Defendant's default and failure to rebut (Exhibit D).
7. Plaintiff issued a Notice of Full Accord & Satisfaction with enclosed settlement offer checks labeled "Payment in Full" (Exhibit E and E-1).
8. Defendant cashed said checks without reservation, thereby accepting the terms.
9. A follow-up offer and checks were also provided (Exhibit F), and a final Notice and Record of Default Judgment were served (Exhibit G and G-1).

10. Plaintiff exchanged email correspondence with Defendant's representative between April 5, 2025 and April 23, 2025, attempting to clarify the terms of settlement and obtain formal acknowledgment of rescission. These emails are attached as Exhibit H and further support Plaintiff's assertion of Defendant's default and noncompliance with applicable law.

## III. ARGUMENT

**A. STANDARD FOR SUMMARY JUDGMENT** Under Rule 56, summary judgment shall be granted when "there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 247-48 (1986). Once the moving party shows the absence of a genuine issue, the burden shifts to the non-moving party to show specific facts indicating a triable issue. Celotex Corp. v. Catrett, 477 U.S. 317, 323 (1986).

**B. DEFENDANT FAILED TO RESPOND TO PLAINTIFF'S RESCISSION** Under the Truth in Lending Act (TILA), 15 U.S.C. §1635(b), a creditor must return any money or property and terminate the security interest within 20 days of receiving a rescission notice. Defendant failed to comply with this mandate, resulting in automatic rescission by operation of law. See Beach v. Ocwen Fed. Bank, 523 U.S. 410, 412 (1998).

**C. ACCORD AND SATISFACTION WAS ESTABLISHED** Plaintiff tendered payment in full via checks that were accepted and deposited by Defendant, constituting accord and satisfaction under common law and UCC principles. See U.C.C. §3-311; McDaniels v. Mich. Bell Tel. Co., 418 Mich. 502, 345 N.W.2d 688 (1984).

**D. DEFENDANT IS IN DEFAULT BY FAILURE TO RESPOND** Multiple unrebutted affidavits and notices were served, which the Defendant ignored. Pursuant to principles of estoppel and administrative default, these

unchallenged declarations must be deemed accepted. See United States v. Prantil, 764 F.2d 548, 551 (9th Cir. 1985).

**E. PLAINTIFF HAS FILED APPROPRIATE LIENS** The UCC Financing Statement (Exhibit D) documents Plaintiff's perfected security interest arising from unrebutted claims and breach of contract. Defendant was notified and failed to object, waiving all rights to contest the lien.

**IV. CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that this Court grant his Motion for Summary Judgment and issue an order:

1. Declaring the mortgage contract rescinded;
2. Declaring Defendant in default;
3. Declaring all liens filed by Plaintiff valid and enforceable;
4. Enjoining Defendant from any further collection or foreclosure actions;
5. Awarding such other relief as the Court deems just and proper.

Respectfully submitted,

---

Jameel Lockhart Plaintiff, Pro Se

1304 Devonshire Rd

Grosse Pointe Park, MI 48230

404-748-5627

jameellockhart2@gmail.com

Date: 5/7/2025

---

**PROPOSED ORDER**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF MICHIGAN**

Jameel Lockhart, Plaintiff

v.

Sun West Mortgage Company, Inc., Defendant

Case No. ___________

Hon. ___________

**ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DEFAULT JUDGMENT**

Upon consideration of Plaintiff's Motion for Summary Judgment and Default Judgment, and the accompanying memorandum of law and exhibits, the Court finds that Defendant Sun West Mortgage Company, Inc. was

served and failed to respond, and that Plaintiff has met the requirements for accord and satisfaction under UCC § 3-311.

IT IS HEREBY ORDERED:

1. Plaintiff's Motion is GRANTED.

2. Judgment is entered in favor of Plaintiff.

3. The mortgage obligations related to Loan #1233050074 and Loan #1233050079 are deemed fully satisfied and discharged.

4. Defendant shall release any and all liens or claims against Plaintiff's property related to the above-referenced accounts.

5. Defendant shall cease and correct any negative credit reporting regarding the accounts.

SO ORDERED.

Date: ___________

_______________________________________________

U.S. District Judge

**Jameel Lockhart v. Sun West Mortgage Company, Inc.**
**United States District Court – Eastern District of Michigan**
**Case No.: ____________________________**

**Table of Contents**


| Section | Title | Description |
|---|---|---|
| 1 | Motion for Summary Judgment | Formal request for judgment as a matter of law under FRCP Rule 56. |
| 2 | Memorandum of Law in Support of Motion for Summary Judgment | Legal argument and supporting authorities. |
| A | Exhibit A – Notice of Rescission | Plaintiff's notice to rescind based on TILA and fraud. |
| A-1 | Proof of Mailing – Notice of Rescission | Certified mail receipt, USPS tracking, or signed delivery confirmation. |
| B | Exhibit B – Waiver of Tort / Affidavit of Void Contract | Affidavit asserting waiver of tort and void nature of contract; legal foundation for lien action. |
| B-1 | Proof of Mailing – Exhibit B | Proof of delivery or certified mail related to Waiver of Tort. |
| C | Exhibit C – Affidavit of Default & Affidavit/Affirmation in Support of Request for Certificate of Default | Sworn statements establishing respondent's default and grounds for default judgment. |

| | | |
|---|---|---|
| **C-1** | **Proof of Mailing – Exhibit C** | **Mailing or service confirmation for default-related affidavits.** |
| **D** | **Exhibit D – UCC Financing Statement & Security Agreement** | **UCC-1 filing and attached security agreement documenting lien arising from unrebutted default.** |
| **E** | **Exhibit E – Notice of Full Accord & Satisfaction and Settlement Offer Checks** | **First discharge notice and accompanying checks labeled "payment in full."** |
| **E-1** | **Proof of Mailing – Exhibit E** | **USPS tracking or certified mail documentation for Exhibit E.** |
| **F** | **Exhibit F – Second Settlement Offer Checks** | **Follow-up discharge tender; checks presented for full settlement.** |
| **G** | **Exhibit G – Notice of Default Judgment & Entry of Default Judgment** | **Final notice and administrative judgment/record of default following respondent's silence.** |
| **G-1** | **Proof of Mailing – Exhibit G** | **Proof of service or mailing for default judgment package.** |
| **H** | **Exhibit H – Email Correspondence** | **Recent communications evidencing Defendant's failure to rebut Plaintiff's Notice of Accord and Satisfaction.** |

# Exhibit A
# Notice of Rescission

**PRIVATE**

THIS IS NOT A PUBLIC COMMUNICATION

Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent
Applicable to All Successors and Assigns
Silence is Acquiescence, Agreement and Dishonor

This is a self-executing contract in Equity.

**NOTICE:** THIS DOCUMENT IS NOT INTENDED TO THREATEN, HARASS, HINDER OR OBSTRUCT ANY LAWFUL OPERATIONS. IT IS FOR THE PURPOSES OF OBTAINING LAWFUL REMEDY AS IS PROVIDED BY LAW.

**FROM:**
Jameel-A: Lockhart
c/o 1304 Devonshire Rd.
Grosse Pointe Park,
Michigan [48230]

**To:**
Sun West Mortgage Company Inc.
18303 Gridley Rd.
Cerrito CA 90703

**RE: account number 1233050074-00**

**Property address:**
1304 Devonshire Rd,
Grosse Pointe Park MI 48230

**AFFIDAVIT OF NOTICE:**
**RIGHT OF RESCISSION AND TERMINATION OF THE SECURITY INTEREST**

**TO WHOM IT MAY CONCERN:**

This notice rescission and termination of the security interest is heretofore being executed due unknown concern brought to my attention regarding certain irregularities, inaccuracies and possible contractual issues, that was inequitably furnished to me, including without limitation, those covered in **The Truth in Lending Act (TILA), 15 U.S.C. 1601 and TITLE 12 CFR § 226.23 - Right of rescission.**, by SUN WEST MORTGAGE COMPANY Inc./Officer. agents during the purchasing of an home from SUN WEST MORTGAGE COMPANY Inc./Officer, I became aware of

these inaccuracies after Information provided to me from the CFPB and the laws regulating consumer credit transactions.

1. I Jameel-A: Lockhart do hereby Cancel, rescind and make void ab initio any and all contracts, security agreements, I do hereby additionally cancel, rescind and make void any and all waiver of rights, Power of Attorney for want of full disclosure.

12 CFR § § 226.23 Right of rescission.

**(a) Consumer's right to rescind.**

(1) In a credit transaction in which a **security interest** is or will be retained or acquired in a **consumer's principal dwelling**, each consumer whose ownership interest is or will be subject to the **security interest** shall have the right to rescind the transaction, except for transactions described in paragraph (f) of this section.

**Security interest**

Security interest means an interest in property that secures performance of a consumer credit obligation and that is recognized by state or federal law. It does not include incidental interests such as interests in proceeds, accessions, additions, fixtures, insurance proceeds (whether or not the creditor is a loss payee or beneficiary), premium rebates, or interests in after-acquired property. For purposes of disclosures under 226.6 and 226.18, the term does not include an interest that arises solely by operation of law. However, for purposes of the right of rescission under 226.15 and 226.23, the term does include interests that arise solely by operation of law.

2. The agents for SUN WEST MORTGAGE COMPANY Inc. did fail to give Notice of right to rescind in a clear and conspicuous manner as required **TITLE 12 CFR § 226.23 - Right of rescission.**

**(b)**

**(1) Notice of right to rescind.** In a transaction subject to rescission, a creditor shall deliver two copies of the notice of the right to rescind to each consumer entitled to rescind (one copy to each if the notice is delivered in electronic form in accordance with the consumer consent and other applicable provisions of the E-Sign Act). The notice shall be on a separate document that identifies the transaction and shall clearly and conspicuously disclose the following:

(i) The retention or acquisition of a security interest in the consumer's principal dwelling.

(ii) The consumer's right to rescind the transaction.

(iii) How to exercise the right to rescind, with a form for that purpose, designating the address of the creditor's place of business.

(iv) The effects of rescission, as described in paragraph (d) of this section.

(v) The date the rescission period expires.

(2) Proper form of notice. To satisfy the disclosure requirements of paragraph (b)(1) of this section, the creditor shall provide the appropriate model form in appendix H of this part or a substantially similar notice.

(c) Delay of creditor's performance. Unless a consumer waives the right of rescission under paragraph (e) of this section, no money shall be disbursed other than in escrow, no services shall be performed and no materials delivered until the rescission period has expired and the creditor is reasonably satisfied that the consumer has not rescinded.

**Truth in Lending Act (TILA), 15 U.S.C. § 1601 et seq.**

**The Truth in Lending Act (TILA)** requires "meaningful disclosure of credit terms" and reflects a shift in emphasis from "let the buyer beware" to "let the seller disclose." It is designed to protect consumers against inaccurate and unfair credit billing and credit card practices by requiring complete and meaningful disclosure of all credit terms in simple easy-to-read language. Violations of TILA may entitle you to cash compensation and/or offsets (reductions) of your loan balance.

TILA applies in nearly any situation where you obtain credit, including a vehicle loan, payday loan, title loan or other emergency loan, equity line of credit and other consumer loans. TILA has a short statute of limitations so its important to submit every loan for a free Truth In Lending Act compliance review.

The Truth in Lending Act (TILA) protects consumers by requiring creditors to disclose certain information about finance charges, annual percentage rates, payment amount, and fees that may be charged to the consumer.

TILA regulates most creditors. Common examples of creditors regulated by this law include banks, credit unions, finance companies offering car loans, credit card companies, and home mortgage lenders.

**Credit transactions**, other than those in which a security interest is or will be acquired in real property, or in personal property used or expected to be used as the principal dwelling of the consumer, in which the total amount financed exceeds $25,000.

**Truth in lending disclosure statements Required disclosures must be made:**
**"Clearly and conspicuously"**
In meaningful sequence,
In writing, and
In a form the consumer may keep.

3. The agents for SUN WEST MORTGAGE COMPANY Inc., did provide false and misleading information during the purchase of my Home causing me irreparable harm and injury.

4. I was told by the agents of SUN WEST MORTGAGE COMPANY Inc.; they required me to make a down payment of $1900.00. in order for me to purchase the home.

5. This was false and misleading information according to the laws regarding consumer credit transactions.

6. A consumer credit transaction is not a Cash Transaction but an extension of credit as per **15 usc 1662(b)**, and therefore the home I purchased from SUN WEST MORTGAGE COMPANY Inc./Officer., 'is a consumer credit transaction and not a cash transaction and therefore a downpayment was not required.

**15 U.S. Code § 1605 - Determination of finance charge**

(a)"Finance charge" defined

**Second Paragraph:**

The finance charge **does not include charges of a type payable in a comparable cash transaction**.

**Third Paragraph:**

The finance charge **shall not include fees and amounts imposed by third party closing agents** (including settlement agents, attorneys, and escrow and title companies) if the creditor does not require the imposition of the charges or the services provided and does not retain the charges.

7. The downpayment of $19000.00 received by SUN WEST MORTGAGE COMPANY Inc./Officer, was received via fraud and extortion due to the false and misleading information provided by agents of SUN WEST MORTGAGE COMPANY Inc./Officer.

8. I was told by the agents of SUN WEST MORTGAGE COMPANY Inc.; they required me to provide a Private Mortgage Insurance for the protection/benefit of SUN WEST MORTGAGE COMPANY Inc.

9. SUN WEST MORTGAGE COMPANY Inc. And or agents also failed to provide, according TILA full disclosure as it pertains to all fees and charges related to the consumer credit transaction aka **THE SUM OF ALL CHARGES**.

**TILA 15 USC 1605 a**

Except as otherwise provided in this section, the amount of the finance charge in connection with any consumer credit transaction shall be determined as **the sum of all charges**, payable directly or indirectly by the person to whom the credit is extended and imposed directly or indirectly by the creditor as an incident to the extension of credit. The finance charge does not include charges of a type payable in a **comparable cash transaction**. The finance charge shall not include fees and amounts imposed by third party closing agents (including settlement

agents, attorneys, and escrow and title companies) if the creditor does not require the imposition of the charges or the services provided and does not retain the charges. Examples of charges which are included in the finance charge include any of the following types of charges which are applicable:

10. SUN WEST MORTGAGE COMPANY Inc. And or agents also failed to comply with the consumer protection laws regarding the consumer credit transaction and are liable for all damages suffered by Jameel-A: Lockhart.

**FALSE STATEMENT**

As per **15 U.S. Code § 1611** anyone who gives or reports false or inaccurate information is guilty of a crime.

**15 U.S. Code § 1611 - Criminal liability for willful and knowing violation.**

**Whoever willfully and knowingly**

(1) . gives false or inaccurate information or fails to provide information which he is required to disclose under the provisions of this subchapter, or any regulation issued thereunder, otherwise fails to comply with any requirement imposed under this subchapter, shall be fined not more than $5,000 or imprisoned not more than one year, or both.

Out of the concern for the felonious acts of the unauthorized use of my private property committed by your company and my ability to conduct commerce I request that you permanently remove and delete my private information from all of your files that may contain my private property.

**12 CFR § § 226.23 Right of rescission.**
**(d) Effects of rescission.**

(1) When a consumer rescinds a transaction, the security interest giving rise to the right of rescission becomes void and the consumer shall not be liable for any amount, including any finance charge.

(2) Within 20 calendar days after receipt of a notice of rescission, the creditor shall return any money or property that has been given to anyone in connection with the transaction and shall take any action necessary to reflect the termination of the security interest.

(3) If the creditor has delivered any money or property, the consumer may retain possession until the creditor has met its obligation under paragraph (d)(2) of this section. When the creditor has complied with that paragraph, the consumer shall tender the money or property to the creditor or, where the latter would be impracticable or inequitable, tender its reasonable value. At the consumer's option, tender of property may be made at the location of the property or at the consumer's residence. Tender of money must be made at the creditor's designated place of business. If the creditor does not take possession of the money or property within 20 calendar days after the consumer's tender, the consumer may keep it without further obligation.

**FEE SCHEDUAL & SUM CERTAIN FOR POSSIBLE DAMAGES**

| | |
|---|---|
| **Note** | $466,297.00 |
| Downpayment | $19000.00 |
| 15 U.S. Code § 1611 | $5000.00. |
| Unjust Enrichment | $25,000.00 |
| U.S.C. Title18 Section 3571, Section 3623, Violation of Extortion | $250,000,00 |
| Title 18 USC Section2 1001 False Statements or within United States | $10.000.00.x3 |
| Title 18 USC Section 242 Deprivation of rights under color of law | $100,000.00 |
| Title 18 USC Section 241 Conspiracy against rights | $250.000.00 |

Total $000,000.00
Treble x.3
Total $ 000.000.000.00

I affirm that all of the foregoing is true and correct to the best of my knowledge. I affirm that I am of lawful age and am competent to make this Affidavit. Written under the penalties of perjury.

Without Prejudice

Jameel-A: Lockhart,

Rights Reserved UCC 1-207 UCC 1-103
USC Title 28, Section 1746(1)
Executed without the United States...
Under the Laws of the United States of America

**Acknowledgement**

State of Michigan)

County of Wayne)

Acknowledged before me this 11th day of December, 2023, a Notary Public, personally appeared **Jameel-A: Lockhart**, who is known to me to be the person who subscribed his name to this document and acknowledged that he did so for the stated purposes.

Tori Westley
NOTARY PUBLIC - STATE OF MICHIGAN
County of Wayne
My Commission Expires 01/13/2030
Acting in the County of Wayne

**Notary Public**

SEAl

# Shipment Receipt: Page #1 of 1

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

SHIP DATE:
MON 11 DEC 2023

EXPECTED DELIVERY DATE:
FRI 15 DEC 2023 EOD

SHIP FROM:
JAMEEL LOCKHART
1304 [illegible]
GROSSE POINTE P MI 48230
(404) 740-[illegible]

SHIP TO:
SUN WEST MORTGAGE COMPANY INC
18303 [illegible] RD
CERRITOS CA 90703-[illegible]
BUSINESS

[illegible] MI 48236-[illegible]

SHIPMENT INFORMATION:
UPS GROUND COMMERCIAL
0 lb 1.0 oz actual wt
1.000 lb billable wt
DIMS: 10.00X13.00X1.00 IN

[illegible]
SHIPMENT ID: [illegible]
SHIP REF 1: - -
SHIP REF 2: - -

DESCRIPTION OF GOODS:
DOCS

SHIPMENT CHARGES:

| | |
|---|---|
| GROUND COMMERCIAL | 14.[illegible] |
| SERVICE OPTIONS | [illegible] |
| CBS PROCESSING FEE | [illegible] |
| TOTAL | $[illegible] |

EXHIBIT A-1

# Exhibit B

# Waiver of Tort/Affidavit of Void Contract

**PROOF OF SERVICE**

STATE OF MICHIGAN

COUNTY OF WAYNE

I Diane Haye public notary in the county of Wayne, city of Detroit county, State of Michigan, deposes and says that on the 17th day of January 2024 I served a true copy of the following documents:

1. Affidavit notice of void contract and return of down payment for violation TILA.
2. Notice of ~~Fiduciary~~ Appointment of fiduciary/trustee as settlement agent
3. Form 1099-C Cancellation of Debt
4. Form 56-F

SERVED ON THE FOLLOWING: Sun West mortgage Co.
Scott Frommert
1803 Gridley rd
Cerritos, CA 90703

By placing the above referenced documents in the mail located at 18640 Mack Ave Grosse Pointe Farms Michigan on January 17th 2024 with registered mail number: RE 193 614 681 US

**I DECLARE THAT THE STATEMENTS ABOVE ARE TRUE TO THE BEST OF MY INFORMATION, KNOWLEDGE AND BELIEF.**

[signature]

681 J.L

**Registered Mail no. : 193 614 [redacted] US**

**PRIVATE**

THIS IS NOT A PUBLIC COMMUNICATION

Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent
Applicable to All Successors and Assigns
Silence is Acquiescence, Agreement and Dishonor

This is a self-executing contract in Equity.

**NOTICE:** THIS DOCUMENT IS NOT INTENDED TO THREATEN, HARASS, HINDER OR OBSTRUCT ANY LAWFUL OPERATIONS. IT IS FOR THE PURPOSES OF OBTAINING LAWFUL REMEDY AS IS PROVIDED BY LAW.

**FROM:**
Jameel-A: Lockhart
c/o 1304 Devonshire Rd.
Grosse Pointe Park,
Michigan [48230]

**To:**
Sun West Mortgage Company Inc.
18303 Gridley Rd.
Cerrito CA 90703

**RE: account number 1233050079**

**Property address:**
1304 Devonshire Rd,
Grosse Pointe Park MI 48230

**AFFIDAVIT NOTICE OF VOID CONTRACT AND RETURN OF**
**DOWN PAYMENT FOR VIOLATION TILA MISREPRESENTATION AND NON-DISCLOSURE**

**(TORT WAIVER)**
Constructive NOTICE of Waiver of TORT is herein given to ANY and ALL PARTIES!!

**"Indeed, no more than (affidavits) are necessary,**
**To make the prima facie case."** United States V. Kis,
658 F.2nd, 526. 536 (7th Cir. 1981);
Cert. Denied, 50 U.S. L.W. 2169; S. Ct. March 22, '1982,

from Sun West Mortgage Company Inc, I became aware of these inaccuracies after Information provided to me from the CFPB and the laws regulating consumer credit transaction.

As the originator of the Loan/Agreement Sun West Mortgage Company Inc. and agents owe a fiduciary duty to the Beneficiary Jameel-A: Lockhart, a private citizen and the Living beneficiary.

1. The agents for Sun West Mortgage Company Inc, did provide false and misleading information during the purchase of my Homestead causing me irreparable harm and injury.
2. I was told by the agents of Sun West Mortgage Company Inc.; they required me to make a down payment of $19,000.00. in order for me to purchase the Homestead.
3. This was not so and was false and misleading information according to the laws regarding consumer credit transactions.
4. A consumer credit transaction is not a Cash Transaction but an extension of credit as per **15 usc 1662(b)**, and therefore the Homestead I purchased from Sun West Mortgage Company Inc., 'is a consumer credit transaction and not a cash transaction and therefore a downpayment was not required.
5. The actions of Sun West Mortgage Company Inc and its agents providing false and misleading information regarding down payment constitutes fraud and fraud vitiates all contracts **ab initio**.

**Fraud vitiates all contracts.**

**37 Am Jur 2d, Section 8,** states, "Fraud vitiates every transaction and all contracts. Indeed, the principle is often stated, in broad and sweeping language, that fraud destroys the validity of everything into which it enters, and that it vitiates the most solemn contracts, documents, and even judgments."

Ex Parte Lewis 416 So. 2d 410 (1982) (In re TREADWELL FORD, INC. v. Debbie LEWIS).
**"Misrepresentations of a material fact made willfully to deceive**, or recklessly without knowledge, and acted on by the opposite party, or if made by mistake and innocently and acted on by the opposite party, constitute legal fraud."

**"Fraudulent misrepresentation consists of the following elements:** (1) the defendant made a material misrepresentation; (2) the representation was false; (3) at the time the defendant made the representation, the defendant knew the representation was false, or made it recklessly, without knowledge of its truth as a positive assertion; (4) the defendant made the representation with the intention that the plaintiff would act upon it; (5) the plaintiff acted in reliance upon it; and (6) the plaintiff suffered damage." M&D, Inc v WB McConkey, 231 Mich App 22, 27; 585 NW2d 33 (1998).

United States v. Throckmorton, 98 U.S. 61 (1878) **"There is no question of the general doctrine that fraud vitiates the most solemn contracts, documents, and even judgments."**

But perhaps the best discussion of the whole subject is to be found in Greene v. Greene, 2 Gray (Mass.) 361, where the opinion was delivered by Chief Justice Shaw. "The maxim that fraud vitiates every proceeding must be taken, like other general maxims, to apply to cases where proof of fraud is admissible. But where the same matter has been actually tried, or so in issue that it might have been tried, it is not again admissible; the party is estopped to set up such fraud because the judgment is the highest evidence and cannot be contradicted."

6. The downpayment of $19,000.00 received by Sun West Mortgage Company Inc, was received via fraud and extortion due to the false and misleading information provided by agents of Sun West Mortgage Company Inc.

**FALSE STATEMENT**

As per **15 U.S. Code § 1611** anyone who gives or reports false or inaccurate information is guilty of a crime.

**15 U.S. Code § 1611 - Criminal liability for willful and knowing violation.**

**Whoever willfully and knowingly**

(1) . gives false or inaccurate information or fails to provide information which he is required to disclose under the provisions of this subchapter, or any regulation issued thereunder, otherwise fails to comply with any requirement imposed under this subchapter, shall be fined not more than $5,000 or imprisoned not more than one year, or both.

Out of the concern for the felonious acts of the unauthorized use of my private property committed by your company and my ability to conduct commerce I request that you permanently remove and delete my private information from all of your files that may contain my private property.

Sun West Mortgage Company Inc., and or agents also failed to provide according TILA full disclosure as it pertains to all fees and charges related to the consumer credit transaction aka THE SUM OF ALL CHARGES.

**TILA 15 USC 1605 a**

Except as otherwise provided in this section, the amount of the finance charge in connection with any consumer credit transaction shall be determined as **the sum of all charges**, payable directly or indirectly by the person to whom the credit is extended and imposed directly or indirectly by the creditor as an incident to the extension of credit. The finance charge does not include charges of a type payable in a **comparable cash transaction**. The finance charge shall not include fees and amounts imposed by third party closing agents (including settlement agents, attorneys, and escrow and title companies) if the creditor does not require the imposition of the charges or the services provided and does not retain the charges. Examples of charges which are included in the finance charge include any of the following types of charges which are applicable:

7. Therefore, I am demanding that Sun West Mortgage Company Inc. return to me the sum $19,000.00 with interest and penalties as required by law, you 3 days via date received to correct your error and make me whole your failure to comply along with your silence will constitute a binding Agreement for your willful fraud, extortion, and other high crimes.

8. As the originator of the Loan/Agreement Sun West Mortgage Company Inc and or agents have a legal and moral duty to respond.

**SILENCE IS ACQUIESCENCE**

"Silence can only be equated with fraud where there is a legal and moral duty to speak or where an inquiry left unanswered would be intentionally misleading." See U.S. v Tweel. 550 F. 2nd 297, 299 (1977), Emphasis added, quoting U.S. v. Prudden, 424 F. 2d 1021, 1032 (1970). See also Carmine v. Bowen, 64A. 932 (1906).

ACQUIESENCE: Equivalent to assent inferred from silence with knowledge or from encouragement and presupposes knowledge. **Andrew v. Rivers, 207 Iowa 343,223 N.W. 102, 105**. Imports tacit consent, concurrence, acceptance, or assent. **Natural Soda Products Co. v. City of Los Angeles, Cal.App., 132P. 2d 553,563.** A silent appearance of consent. Failure to make any objections. ***Black's Law Dictionary revised 4th Edition***

**JUDGMENT BY DEFAULT** Is a judgment rendered in consequence of the non-appearance of the defendant, Beard v. Sovereign Lodge. W.O. W., 184N.C. 154, 113 S.E. 661; In re Smith, 38 Idaho, 746225 P. 495, 496; Brame v. Nolen, 139 Va. 413, 124 S.E. 299, 301.The term is also applied to judgments entered under statutes or rules of court, for want of affidavit of defense, plea, answer, and the like or for failure to take some required step in the cause. **Black's Law Dictionary revised 4th Edition.**

**Title 12—Banks and Banking, Part 793** Tort Claims Against the Government

KEETON ET AL., supra note 1, § 107, at 740; **RESTATEMENT (SECOND) OF TORTS § 528** cmt. a (1977). **RESTATEMENT (SECOND) OF TORTS § 525** cmt. b (1977); see also Russ v. TRW, Inc., 570 N.E.2d; Clement-Rowe v. Michigan Health Care Corp., 538 N.W.2d 20, 23-24 (Mich. Ct. App. 1995).

"A **TORT** is defined to be a wrong independent of contract . . . ." Ross v. Schade, 7 Conn. Supp. 521 (1940).

**TORT**: "When a plaintiff seeks to recover damages for the breach of a statutory duty, such an action sounds in tort." Bellemare v. Wachovia Mortgage Corp., 284 Conn. 193, 200, 931 A.2d 916 (2007).

**INTENTIONAL TORT:** Willful or deliberate misconduct, Gross negligence, with intent to cause harm.

**ELEMENTS OF A TORT**: "In general, the tort must be in the breach of a legal duty comprising three distinct elements, to-wit: (a) Existence of legal duty from defendant to plaintiff; (b) breach of that duty; and (c) the damage as a proximate result." Laclede Steel Co. v. Silas Mason Co., 67 F. Supp. 751, 759 (D. Louisiana, 1946).

**Breach of fiduciary duty is a tort for which a plaintiff may recover exemplary damages.** Brosseau v. Ranzau, 81 S.W.3d 381 (Tex. App.—Beaumont 2002, pet. denied); Lesikar v. Rappeport, 33 S.W.3d 282, 310 (Tex. App.—Texarkana 2000.

**POWER OF ATTORNEY**

As a result of **Respondents** Sun West Mortgage Company Inc and agent having waived your right to answer by acquiescence, tacit admission and failure to contest, rejecting your due process opportunity and granting affiant a judgment by default, Debtor hereby authorizes and appoints secured party/Judgement Lien Holder to act as debtor's Agent and/or Attorney-in-Fact, irrevocably, with full power of substitution to do the following: (a) endorse or otherwise sign, without liability, all documents and instruments, of any type or required for the purpose of authenticating the writing in all commercial activity between debtor and other corporate persons; (b) demand, collect, receive, receipt for, sue, and recover all sums of money or other property which may now or hereafter become due, owing, or payable to the debtor; (c) execute, sign, and endorse any and all claims, instruments, receipts, checks, drafts, or warrants issued in payment for the collateral; (d) settle or compromise any and all claims, now existing or hereafter arising, against debtor and/or any collateral; and (e) file any claim(s) or take any action or institute or take part in any proceedings, either in his own name or in the name of the debtor,

or otherwise, which in the discretion of secured party may seem to be necessary or advisable. In addition, the secured party may, on behalf of and in the name of the debtor, receive, open, and dispose of mail addressed to debtor, and change any address to which mail and payments are to be sent. This power is given as security for the indebtedness, and the authority hereby conferred is and shall be irrevocable and shall remain in full force and effect until renounced by the secured party in writing.

**OBLIGATIONS OF DEBTOR:** Debtor warrants and covenants to Secured Party/Judgement Lien Holder as follows: **PERFECTION OF SECURITY INTEREST**. Debtor Agrees, Per Private Default Security Agreement, to execute such financing statements and to take whatever other actions are requested by secured party to perfect and continue secured party's security interest in the "collateral." Secured party may, without further authorization from debtor, file a carbon, photographic, or other reproduction of any financing statement or of the herein AGREEMENT for use as a financing statement. Secured Party shall not be required to take any steps necessary in preserving any third-parties rights in the collateral, nor shall secured party be required to protect, preserve, or maintaining any security interest given any third-parties to secure the collateral.

**RIGHTS AND REMEDIES ON DEFAULT.** If an event of default occurs under the herein AGREEMENT, or any time, thereafter, secured party shall have all the rights of a secured party in commerce. In addition, and without limitation, secured party may exercise any one or more of the following rights and remedies:
) Accelerate indebtedness, 2.) Assemble collateral, 3.) Sell the collateral, 4.) Appoint receiver, 5.) Collect revenues, 6.) Apply accounts, 7.) Obtain deficiency, 8.) Cumulative remedies.

It is therefore, herein DECLARED that an IMPLIED CONTRACT with Affiant Jameel-A: Lockhart and Sun West Mortgage Company Inc and agents herein Debtor having waived your right to answer by acquiescence, tacit admission and failure to contest, rejecting your due process opportunity and granting affiant a Lien judgment by default is created and freely and jointly entered into by the parties, in which ANY and ALL Parties are free to choose to become OBLIGATED or not to become obligated of their own free choice or volition, to TRESPASS and cause a TORT or not to TRESPASS, TO INJURE ME A PROPER PARTY, or not to INJURE ME, the proper PARTY HEREIN WAIVING THE TORT and accepting settlement of the terms and conditions of this IMPLIED CONTRACT mutually agreed upon by all parties.

**NOTICE IS HEREBY GIVEN**

FULL ACCEPTANCE IS FINAL AND BINDING TO ALL PARTIES BY SELF EVIDENCE OF AN INJURY OR DEPRIVATION UPON ME Jameel-A: Lockhart, OR MY LAWFULLY OWNED PROPERTY BY ANY PARTY.

**FEE SCHEDUAL & SUM CERTAIN**

| | |
|---|---|
| ORIGINAL NOTE/COLLATERAL | $400,00.00 |
| DOWNPAYMENT | $19,000.00 |
| 15 U.S. Code § 1611 | $5000.00. |
| Unjust Enrichment | $25,000.00 |
| U.S.C. Title18 Section 3571, Section 3623, Violation of Extortion | $250,000,00 |
| Title 18 USC Section2 1001 False Statements or within United States | $10.000.00.x3 |
| Title 18 USC Section 242 Deprivation of rights under color of law | $100,000.00 |

| | |
|---|---|
| U.S.C. Title18 Section 3571, Section 3623, Violation of Extortion | $250,000,00 |
| Title 18 USC Section2 1001 False Statements or within United States | $10,000.00. |
| Title 18 USC Section 242 Deprivation of rights under color of law | $100,000.00 |
| Title 18 USC Section 241 Conspiracy against rights | $250.000.00 |

Total $1,125,000.00
Treble x 3
Total $ 3,375,000

I affirm that all of the foregoing is true and correct to the best of my knowledge. I affirm that I am of lawful age and am competent to make this Affidavit. Written under the penalties of perjury.

Jameel-A: Lockhart, Beneficiary — Date: 1/17/2024
ALL RIGHTS RESERVED UCC 1-207 UCC 1-103
USC Title 28, Section 1746(1)
Executed without the
United States… under the
Law of the United States of America

**Acknowledgement**

State of Michigan)

County of Wayne)

Acknowledged before me this 17th day of January, 2024, a Notary Public, personally appeared Jameel-A: Lockhart, who is known to me to be the person who subscribed his name to this document and acknowledged that he did so for the stated purposes.

SEAL

Notary Public

ZACHARY THORNGATE
Notary Public - State of Michigan
County of Macomb
My Commission Expires Mar 15, 2030
Acting in the County of Wayne

**Registered No.** RE193614695US

| | | |
|---|---|---|
| To Be Completed By Post Office | Postage $ | Extra Services & Fees |
| | Extra Services & Fees | Signature Confirmation $ |
| | Registered Mail $ | Signature Confirmation Restricted Delivery $ |
| | Return Receipt (hardcopy) $ $0.00 | |
| | Return Receipt (electronic) $ $0.00 | Total Postage & Fees $ $17?.?? |
| | Restricted Delivery $ $0.00 | |
| | Customer Must Declare Full Value $ | Received by |

**Date Stamp**

GROSSE POINTE STATION JAN 17 2024 48230 USPS

declared value

| | | |
|---|---|---|
| To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed | FROM | Jameel Lockhart<br>1304 Devonshire<br>Grosse Pointe Park MI 48230 |
| | TO | Sun West Mortgage Co<br>18303 Gridley rd<br>Cerritos CA 90703 |

PS Form **3806, Registered Mail Receipt** Copy 1 - Customer
April 2015, PSN 7530-02-000-9051 (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

Exhibit B-1

# Exhibit C

## Affidavit of Default

## and

## Affidavit/Affirmation In Support Of Request For Certificate of Default

# Affidavit
# Notice of Default

**FROM:**
Jameel-A: Lockhart
c/o 1304 Devonshire Rd.
Grosse Pointe Park,
Michigan [48230]

**To:**
Sun West Mortgage Company Inc.
18303 Gridley Rd.
cerritos CA 90703

**RE: account number 1233050074-00**

1. **YOU ARE HEREBY NOTICED** that you are in default of an opportunity to respond to the PRIVATE COMMERCIAL AGREEMENT received on December 15, 2023 by UPS certified mail # 1ZAC64540364088072. You were given the opportunity to rebut the claims made against you by your failure to answer said AFFIDAVIT.

**A DEFAULT JUDGMENT** is being sought against you having waived the right to answer by acquiescence, tacit admission and failure to contest, rejecting your due process opportunity. (See Randone v. Appellate Court, 5 C3d 536; Mullane v Central Hanover Trust Co., 339 U.S. 306, 314; Sniadach v. Family Finance Corp., 395 U.S. 337, 339; Melorich Builders v. Superior Court, 160 Cal App 3d 931, as in line with California Code of Civil Procedure § 437(c), defaults.)

**Respondent's**., had the duty to prevent the documents referenced in Administrative Claim from resulting in any injuries, damages, violations or deprivation to Secured PartyPlaintiff, Jameel-A: Lockhart.

2. Secured Party, Jameel-A: Lockhart, is entitled to enforce a mortgage non-judicially based upon a default that has occurred. This affidavit follows the protocols as per §9-607 Collection and Enforcement by Secured Party section (b) a nonjudicial enforcement of mortgage.

3. **SUN WEST MORTGAGE COMPANY INC. OR Scott Frommert** have defaulted on their terms as per our security agreement/mortgage obligation/waiver of tort and implied contract.

**JUDGMENT BY DEFAULT** Is a judgment rendered in consequence of the non-appearance of the defendant, Beard v. Sovereign Lodge. W.O. W., 184N.C. 154, 113 S.E. 661; In re Smith, 38 Idaho, 746225 P. 495, 496; Brame v. Nolen, 139 Va. 413, 124 S.E. 299, 301.The term is also applied to judgments entered under statutes or rules of court, for want of affidavit of defense, plea, answer, and the like or for failure to take some required step in the cause. **Black's Law Dictionary revised 4th Edition.**

4. The property in which the default as per our mortgage/implied contract is spelled out as follow: Public Bonds, Insurance Policies, all Private Property, Bank Checking Accounts, Bank Saving Accounts, Pensions, 401K's, Investments, Salaries (Accept wage garnishment), and Assets of kind

**MORTGAGE.** Black's Law Dictionary #5 1. A conveyance of title to **property that is given as security for the payment of a debt or the performance of a duty** and that will become void upon payment or performance according to the stipulated terms. 3. An instrument (such as a deed or contract) specifying the terms of such a transaction is based. 5. The mortgagee's rights conferred by such a transaction.

**LET IT BE KNOWN TO ALL, that I, Jameel-A: Lockhart, explicitly reserve all my Rights. See UCC 1-308, which was formerly UCC 1-207.** I retain all my Rights. I always retain all my Rights and liberties; and in all places, nunc pro tunc (now for then), from the time of my birth. Further, I retain my rights not to be compelled to perform under any contract or commercial agreement; I did not enter knowingly, voluntarily, and intentionally, "without dishonor."

**IN WITNESS WHEREOF** I verify under penalty of perjury that the foregoing is true and correct, under my hand and seal. Executed per **Title 28 U.S.C. Section 1746(1).**

I affirm that all of the foregoing is true and correct to the best of my knowledge. I affirm that I am of lawful age and am competent to make this Affidavit. Written under the penalties of perjury.

[signature] 2/5/2024

**Jameel-A: Lockhart, Beneficiary** Date:
ALL RIGHTS RESERVED UCC 1-207 UCC 1-103
USC Title 28, Section 1746(1)
Executed without the
United States... under the
Law of the United States of America

**Acknowledgement**

State of Michigan)

County of Wayne)

Acknowledged before me this 5th day of February, 2024, a Notary Public, personally appeared Jameel-A: Lockhart, who is known to me to be the person who subscribed his name to this document and acknowledged that he did so for the stated purposes.

[signature]
Notary Public

SEAL

ZACHARY THORNGATE
Notary Public - State of Michigan
County of Macomb
My Commission Expires Mar 25, 2030
Acting in the County of Wayne

UNITED STATES DISTRICT COURT – Civil Branch
Michigan Clerk

Jameel-A: Lockhart
c/o 1304 Devonshire Rd.
Grosse Pointe Park,
Michigan [48230]
**Secured Party Creditor/Plaintiff**

**AFFIDAVIT/AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT**

Against

**Sun West Mortgage Company Inc.**
Scott Frommert acting as
Chief Financial Officer
18303 Gridley Rd.
Cerritos CA 90703
**Debtor(s)/Defendant**

Jameel-A: Lockhart hereby declares as follows:

1. I am the Secured Party/Plaintiff

2. This action was commenced pursuant to Rule 55. Default; Default Judgment **(a) Entering a Default.** When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default. **(b) Entering A Default Judgment (1) By the Clerk.** If the plaintiff's claim is for a sum certain or a sum that can be made by computation, the clerk-on the plaintiff's request, with an affidavit showing the amount due – must enter judgment for that amount and cost against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person.

3. Pursuant to the Constitution **Via Article 6 Section** 2 indicating that the constitution is the Supreme Law of the land. In **article 1 section 10** – No state can pass any laws impairing the obligation of contracts. Secured Party Creditor/Plaintiff Jameel-A: Lockhart has a POWER OF ATTORNEY within a contract with the Debtor(s).

4. **V. POWERS AND DUTIES + §21 Generally; ministerial character of acts - 15a Am Jur. 2d Clerks of Court** ------ There is some conflict as to the judicial or ministerial nature of certain specific duties of a clerk of court; but his duty is purely ministerial when it is prescribed by state. Entry of judgment for the record is ministerial duty, as distinguished from rendition of the judgment as the judicial act of the court, and in those jurisdictions where a clerk is empowered by statue to enter judgments by default without the any direction of the court or judge, he is considered as

acting in a purely ministerial capacity and is strictly limited to the scope of the power conferred by statue.

5. **SECTION 9--607. Collection and Enforcement by Secured Party. (A) Collection and Enforcement Generally. If so Agreed, and in Any Event after Default,** a Secured Party: **(3)** may enforce the obligations of an account debtor or other person obligated on collateral and exercise the rights of the debtor with respect to the obligation of the account debtor or other person obligated on collateral to make payment or otherwise render performance to the debtor, and with respect to any property that secures the obligations of the account debtor or other person obligated on the collateral;

   **(b) Nonjudicial enforcement of mortgage**. If necessary to enable a secured party to exercise under subsection (a) (3) the right of a debtor to enforce a mortgage non judicially, the secured party may record in the office in which a record of the mortgage is recorded:

   **(1)** a copy of the security agreement that creates or provides for a security interest in the obligation secured by the mortgage; and

   **(2)** the secured party's sworn affidavit in recordable form stating that: (A) a default has occurred with respect to the obligation secured by the mortgage; and (B) the secured party is entitled to enforce the mortgage non judicially.

6. Secured Party, Jameel-A: Lockhart, is enforcing a nonjudicial foreclosure and has complied with the statue UCC 9-607 and I've filed the appropriate documents as evidenced by the 6 page of the financing statement that has Exhibit A – Waiver of Tort/Security Agreement/& Implied Contract, & Exhibit B – Affidavit of Default

7. The Debtor(s)/Defendant(s) **SUN WEST MORTGAGE COMPANY INC.** initiated an implied agreement by violating the rights of the secured party creditor by causing a tort via a Security Agreement.

8. The Debtor(s)/Defendant(s) **SUN WEST MORTGAGE COMPANY INC.** are not infant(s) or incompetent. The Debtor(s) are not presently in the military service of the United States as appears from facts in this private default agreement.

9. The Debtor(s)/Defendant(s) **SUN WEST MORTGAGE COMPANY INC.** are indebted to plaintiff, Jameel-A: Lockhart, in the following manner (stated facts in support of the claim):

**SUMMARY**

1. On or about December 15, 2023, Debtors Sun West Mortgage Company Inc. and Scott Frommert did receive from affiant/consumer/secured party, Jameel-A: Lockhart an Affidavit of Notice Right of Rescission and Termination of The Mortgage/Security Interest per 12 CFR § § 226.23 Right of rescission.

2. On or about January 27, 2024, Debtors Sun West Mortgage Company Inc. and Scott Frommert did receive from affiant/consumer/secured party, Jameel-A: Lockhart a {**TORT WAIVER**} in the

form of an Affidavit Notice of Void Contract And demand for Return of Down Payment For TILA Violation Misrepresentation And Non-Disclosure.

3. **Secured Party, affiant/consumer** did exercise his Right of rescission and termination of the mortgage/security interest per 12 CFR § § 226.23 Right of rescission in affidavit form with SUN WEST MORTGAGE COMPANY Inc. as a result of multiple violations of federal laws such as **Truth in Lending Act (TILA), 15 U.S.C. 1601, 15 U.S. Code § 1605 - Determination of finance charge,** 15 U.S. Code § 1611 - **Criminal liability for willful and knowing violation.**

4. As required by law of rescission per 12 CFR § § 226.23 the Mortgage is void and **affiant/consumer/secured party** is not liable for any amount.

5. Also as required by law of rescission per 12 CFR § § 226.23 the $19,000 for downpayment was to be returned 20 days after notice of rescission.

**12 CFR § § 226.23 Right of rescission.**
**(d) Effects of rescission.**

(1) When a consumer rescinds a transaction, the security interest giving rise to the right of rescission becomes void and the consumer shall not be liable for any amount, including any finance charge.

(2) Within 20 calendar days after receipt of a notice of rescission, the creditor shall return any money or property that has been given to anyone in connection with the transaction and shall take any action necessary to reflect the termination of the security interest.

6. SUN WEST MORTGAGE COMPANY Inc. did fail to give affiant/consumer Notice of right to rescind in a clear and conspicuous manner as required TITLE 12 CFR § 226.23 - **Right of rescission.**

7. SUN WEST MORTGAGE COMPANY Inc. did fail to void, cancel, or rescind mortgage as required by law.

8. SUN WEST MORTGAGE COMPANY Inc. failed to return the $19,000 down payment as required by law that was received under fraudulent presence.

9. SUN WEST MORTGAGE COMPANY Inc. has willfully and intentionally acted in a Criminal manner and is criminally liable for injuries sustained by affiant/consumer/secured party, Jameel-A: Lockhart.

**Breach.** The breaking or violating of a law, right, or duty, either by commission or omission.

**Breach of contract.** Failure, without legal excuse, to perform any promise which forms the whole or part of a contract; Unequivocal, distinct and absolute refusal to perform agreement.

Fiduciary - <u>A fiduciary duty is a legal or ethical relationship of confidence or trust regarding the management of money or property between two or more parties</u>, most commonly a fiduciary and a principal. One party, for example a corporate trust company or the trust department of a bank, holds a fiduciary relation or acts in a fiduciary capacity to another, such as one whose funds are entrusted to it

for investment. In a fiduciary relation one person, in a position of vulnerability, justifiably reposes confidence, good faith, reliance and trust in another whose aid, advice or protection is sought in some matter. In such a relation good conscience requires one to act at all times for the sole benefit and interests of another, with loyalty to those interests.

**Features of Fiduciary Relationships**: (1) Fiduciary relationships are service relationships, in which fiduciaries provide to entrustors services that public policy encourages. Bailees, escrow agents, agents, brokers, corporate directors and officers, partners, co-venturers, lawyers and trustees all render service to entrustors. Some fiduciaries, such as partners, may be both fiduciaries and entrustors of each other.

**FIDUCIARY DUTY** defined: A duty to act for someone else's benefit, while subordinating one's personal interests to that of the other person. It is the highest standard of duty implied by law (e.g., trustee, guardian). **Black's Law Dictionary Sixth Edition (page 625).**

**Duty**

**Numerous fiduciary duties arise in everyday business contexts. The most common of these are:**

1. Duty of care.
2. Duty of loyalty.
3. Duty to account.
4. Duty of confidentiality.
5. Duty of full disclosure.
6. Duty to act fairly; and
7. Duty of good faith and fair dealing.

10. As the originator of said mortgage agreement SUN WEST MORTGAGE COMPANY Inc, owes a fiduciary duty to affiant/consumer/secured party, Jameel-A: Lockhart.

11. As the originator of said mortgage agreement SUN WEST MORTGAGE COMPANY Inc, did breach their fiduciary duty to affiant/consumer/secured party, Jameel-A: Lockhart.

**Breach of Fiduciary Duty in Lender-Liability Cases**

- Generally, the relationship of a bank and its borrower is that of creditor and debtor and, in the absence of special circumstances, a lender is not considered a fiduciary.
- Unless those "special circumstances" can be shown, the conduct of a lender will generally be measured against the morals of the marketplace rather than the higher ethical standards imposed on fiduciaries.
- The touchstone of liability for breach of fiduciary duty in the lender borrower context is when a special relationship of trust or confidence is present.
- For example, fiduciary liability will attach where a creditor renders advice to the borrower, and thereby induces the borrower to enter into a loan transaction.
- In addition, where a lender is found to be in control of the debtor, the lender assumes fiduciary obligations to the debtor.

**ELEMENTS OF BREACH OF FIDUCIARY DUTY:**

**To prove a breach of fiduciary duty claim**, the plaintiff must show: 1. the existence of a fiduciary relationship; 2. a breach of the duty owed; and 3. damages proximately caused by the breach. **See Green v. Freeman, 367 N.C. 136, 749 S.E.2d 262, 268 (2013).**

**BREACH OF TRUST WITH FRAUDULENT INTENT** defined: Larceny after trust. State v. Owings, 205 S.C. 314, 31 S.E.2d 906, 907. **Black's Law Dictionary Sixth Edition (page 189).**

**"Any false representation of material facts made with knowledge of falsity and with intent that it shall be acted on by another in entering into contract**, and which is so acted upon, constitutes 'fraud,' and entitles the party deceived to avoid contract or recover damages." Barnsdall Refining Corn, v. Birnam Wood Oil Co., 92 F 26 817.

**UCC § 3-307. NOTICE OF BREACH OF FIDUCIARY DUTY.**

(a) In this section:

**(1)"Fiduciary" means an agent, trustee, partner, corporate officer or director, or other representative owing a fiduciary duty with respect to an instrument.**

**(2)"Represented person" means the principal, beneficiary, partnership, corporation, or other person to whom the duty stated in paragraph (1) is owed.**

(b) If (i) an instrument is taken from a fiduciary for payment or collection or for value, (ii) the taker has knowledge of the fiduciary status of the fiduciary, and (iii) the represented person makes a claim to the instrument or its proceeds on the basis that the transaction of the fiduciary is a breach of fiduciary duty, the following rules apply:

**(1) Notice of breach of fiduciary duty by the fiduciary is notice of the claim of the represented person.**

**(2) In the case of an instrument payable to the represented person or the fiduciary as such,** the taker has notice of the breach of fiduciary duty if the instrument is (i) taken in payment of or as security for a debt known by the taker to be the personal debt of the fiduciary, (ii) taken in a transaction known by the taker to be for the personal benefit of the fiduciary, or (iii) deposited to an account other than an account of the fiduciary, as such, or an account of the represented person.

(3) If an instrument is issued by the represented person or the fiduciary as such, and made payable to the fiduciary personally, the taker does not have notice of the breach of fiduciary duty unless the taker knows of the breach of fiduciary duty.

(4) If an instrument is issued by the represented person or the fiduciary as such, to the taker as payee, the taker has notice of the breach of fiduciary duty if the instrument is (i) taken in payment of or as security for a debt known by the taker to be the personal debt of the fiduciary, (ii) taken in a transaction known by the taker to be for the personal benefit of the fiduciary, or

(iii) deposited to an account other than an account of the fiduciary, as such, or an account of the represented person.

**Breach of Fiduciary duty is a tort for which a plaintiff may recover exemplary damages**. Brosseau v. Ranzau, 81 S.W.3d 381 (Tex. App.—Beaumont 2002, pet. denied); Lesikar v. Rappeport, 33 S.W.3d 282, 310 (Tex. App.—Texarkana 2000.

"A **TORT** is defined to be a wrong independent of contract . . . ."Ross v. Schade, 7 Conn. Supp. 521 (1940).

**TORT**: "When a plaintiff seeks to recover damages for the breach of a statutory duty, such an action sounds in tort." Bellemare v. Wachovia Mortgage Corp., 284 Conn. 193, 200, 931 A.2d 916 (2007).

**INTENTIONAL TORT:** Willful or deliberate misconduct, Gross negligence, with intent to cause harm.

**ELEMENTS OF A TORT**: "In general, the tort must be in the breach of a legal duty comprising three distinct elements, to-wit: (a) Existence of legal duty from defendant to plaintiff; (b) breach of that duty; and (c) the damage as a proximate result." Laclede Steel Co. v. Silas Mason Co., 67 F. Supp. 751, 759 (D. Louisiana, 1946).

**Point Number 3** – Jameel-A: Lockhart has a lawful lien of $1,926.000.00 against Sun West Mortgage Company Inc. and Scott Frommert. The lien is based on the following facts as outlined in the more detailed waiver of tort.

A UCC 1 Financing Statement 2024 – Dated February 3, 2024 verifies a lawful lien was placed on the Debtors/Defendants **SUN WEST MORTGAGE COMPANY INC. and Scott Frommert** – Refer to attached 6 page UCC 1 filings

**Point Number 4 –Terms of our Agreement and Implied Contract & Power of Attorney Clause**

1. If **any agent, official, representative, sanctioned personnel and or actor** for **Sun West Mortgage Company Inc. or Scott Frommert,** the fiduciary, choose to Trespass, Harass, Threaten, Intimidate, Issue Fraudulent Fine, or Deprive me of any Constitutional Protections of this "Organization accepts full liability and agrees to place their Public Bonds, Insurance Policies, all Private Property, Bank Checking Accounts, Bank Saving Accounts, Pensions, 401K's, Investments, Salaries (Accept wage garnishment), and Assets of kind to insure the **full compensation of $1,926.000.00.00, (One Million, nine hundred, twenty six thousand Dollars) to be paid immediately for all Deprivations, injuries, Damages, sustained by me**, $1,000,000.00, (One Million Dollars per 30 days) for the continued or repeated injuries,

2. It is therefore, herein DECLARED that an IMPLIED CONTRACT is created and freely and jointly entered into by the parties, in which ANY and ALL Parties are free to choose to become OBLIGATED or not to become obligated of their own free choice or volition, to TRESPASS and cause a TORT or not to TRESPASS, TO INJURE ME A PROPER PARTY, or not to INJURE ME, the proper PARTY HEREIN WAIVING THE TORT and accepting settlement of the terms and conditions of this IMPLIED CONTRACT mutually agreed upon by all parties public and private.

**NOTICE IS HEREBY GIVEN**

3. The agency that enters into this agreement willingly by its violation will grant **POWER OF ATTORNEY** to act as debtor's agent and/or attorney-in-fact, irrevocably, with full power of substitution to do the following: **(a) indorse or otherwise sign, without liability, all documents and instruments, of any type or nature, debtor's signature where debtor's signature is requested for the purpose of authenticating the writing in all commercial activity between debtor and other juristic persons; (b)** demand, collect, receive, receipt for, sue, and recover all sums of money or other property which may now or hereafter become due, owing, or payable the debtor; **(c) execute, sign, and indorse any and all claims, instruments, receipts, checks, drafts, or warrants issued in payment for the collateral; (d)** settle or compromise any and all claims, now existing or hereafter arising, against debtor and/or any collateral; and **(e)** file any claim(s) or take any action or institute or take part in any proceedings, either in his own name or in the name of the debtor, or otherwise, which in the discretion of secured party may seem to be necessary or advisable. In addition, the signature of secured party on any instrument, license, permit, or any document now existing or hereafter arising, upon which the name of the debtor is, howsoever evidenced, is hereby the authorized signature of secured party as agent representing debtor. In addition, the secured party may, on behalf of and in the name of the debtor, receive, open, and dispose of mail addressed to the debtor, and change any address to which mail and payments are to be sent. This power is given as security for the indebtedness, and the authority hereby conferred is and shall be irrevocable and shall remain in full force and effect until renounced by the secured party in writing. In addition, this power of attorney is in effect to act as debtor's agent and/or attorney-in-fact, for **Sun West Mortgage Company Inc. or Scott Frommert** irrevocably, with full power of substitution to release any debts, liens, liabilities as set forth by any actions as outlined in the agreement. That includes the lien on Property held by JAMEEL-A: LOCKHART and any other liens as it pertains to this tendered and paid debt.

**Point Number 5** – Amendment to extend the lien amount to include fraud and extortion as evidenced by the Mortgage Statement requesting 4,714 from Sun West Mortgage Company Inc. and agent Scott Frommert to Secured Party Creditor, Jameel-A: Lockhart dated 02/01/2024.

**Point Number 6** – TRUE BILL & TERMS

ORIGINAL NOTE/COLLATERAL.............................. $400,00.00
DOWNPAYMENT ..................................................$19,000.00
15 U.S. Code § 1611................................................ $5000.00.
Unjust Enrichment........................................................ $25,000.00
U.S.C. Title18 Section 3571, Section 3623, Violation of Extortion......................... $250,000,00
Title 18 USC Section2 1001 False Statements or within United States ...............................$10.000.00.x3
Title 18 USC Section 242 Deprivation of rights under color of law.......................................... $100,000.00
Title 18 USC Section 241 Conspiracy against rights........................................................................ $250.000.00
Total........................................................................................................................................ $642,000.00
Treble x.3
Total ..............................................................................................................................$ 1,926.000.00

In point number 3 is the explanation of how the amount increased another $10,000,000,

**WHEREFORE**, Secured Party Creditor, & Attorney in Fact for Debtor(s)/Plaintiff, **Jameel-A: Lockhart** request that the default of Debtor(s)/Defendant(s) **SUN WEST MORTGAGE COMPANY INC.** be noted, and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, the amount claimed is justly due to the Secured Party Creditor and that no part thereof has been paid.

Dated: 2/5/2024

By: ____________ Authorized Rep.
Signature – UCC 1-308 All Rights Reserved
**Jameel-A: Lockhart©** Secured Party/Plaintiff
Attorney in Fact for **Scott Frommert** Debtor
Attorney in Fact for **Sun West Mortgage Company Inc** as Debtor

## ACKNOWLEDGMENT

State of Michigan)

County of Wayne)

Acknowledged before me this 5th day of February, 2024, a Notary Public, personally appeared Jameel-A: Lockhart, who is known to me to be the person who subscribed his name to this document and acknowledged that he did so for the stated purposes.

SEAL

____________
Notary Public

ZACHARY THORNGATE
Notary Public - State of Michigan
County of Macomb
My Commission Expires Ma 25, 2030
Acting in the County of Wayne

UNITED STATES POSTAL SERVICE.

NORTH END
60 E MILWAUKEE ST
DETROIT, MI 48202-9998
(800)275-8777

02/05/2024 11:36 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® Flat Rate Env | 1 | | $9.85 |
| Cerritos, CA 90703 | | | |
| Flat Rate | | | |
| Expected Delivery Date | | | |
| Wed 02/07/2024 | | | |
| Tracking #: | | | |
| 9505 5119 2353 4036 4205 26 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Total | | | $9.85 |

Grand Total: $9.85

Credit Card Remit $9.85
Card Name: VISA
Account #: XXXXXXXXXXXX5268
Approval #: 08581G
Transaction #: 957
AID: A0000000031010 Contactless
AL: VISA CREDIT

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Save this receipt as evidence of insurance. For information on filing an insurance claim go to https://www.usps.com/help/claims.htm or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage. Refunds for guaranteed services only. Thank you for your business.

Tell us about your experience
Go to: https://postalexperience.com/Pos or scan this code with your mobile device,

**Exhibit C - 1**

# Exhibit D

## UCC Financing Statement
## And
## Security Agreement

Secretary of State
Jocelyn Benson
Michigan.gov/SOS

**Processing Date:** 04/16/2025 04:47:23 PM
**Customer Order Number:** IN22235

# UCC Information Request

Certification Date: 04/14/2025

The Michigan Secretary of State certifies that the attached is a record, according to the search criteria specified, of all financing statements, tax liens, and amendments naming the debtor, as filed with the Uniform Commercial Code office, as of the above certification date.

**Disclaimer**
Information relative to security interest and statutory liens obtained from the index is for information purposes only. Such information does not relieve any person or business from liability, alter priorities of security interest or liens, or affect any other legal rights or responsibilities. The index primarily contains information relative to security interests and statutory liens which have been filed for record on or before the above certification date. There may be security interests and statutory liens filed after that date which are valid. A search request limited under R 440.508(1) may not reveal all filings against the debtor searched. The searcher bears the risk of relying on the limited search.

**Information Options Selected**

Search Certificate and Copies - Provides a listing of liens and filings for the related UCC and tax liens. Copies of filings are also provided.

Request Certified Seal

All Records including Lapsed

Search Type: **Debtor**

**Debtor Name Search Criteria**

Organization's Name : **Sun West Mortgage Company Inc**

**Search Result**

**Number of Financing Statements:** 1

**Number of Copy Pages:** 13

**The search results from the records of the office of the Secretary of State based upon the search information you submitted as described in the search criteria section above.**

I, Jocelyn Benson, Secretary of State and Custodian of the Great Seal of the State of Michigan, do hereby certify that the attached are true copies of all financing statements, tax liens, and amendments, which name the referenced debtor, are subject to any specified search criteria, and are on file in my office, as of 04/14/2025.

**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of Michigan.

Jocelyn Benson

**Secretary of State**

Secretary of State
Jocelyn Benson
Michigan.gov/SOS

# UCC-11 INFORMATION LISTING

Processing Date: 04/16/2025

Customer Order Number: IN22235

| **Financing Statement** | **Registered Date** | **Lapsed Date** | **Transaction Code** |
|---|---|---|---|
| 20240203000032-8 | 02/03/2024 05:00:00 PM | 02/03/2029 11:59:59 PM | UCC - UCC Lien |

**Filing List**

| Filing Reference | Received Date | Filing Type |
|---|---|---|
| 20240203000032-8 | 02/03/2024 11:15:31 AM | UCC-1 Initial Financing Statement |
| 20240404000807-1 | 04/04/2024 05:00:00 PM | UCC-3 Amendment Collateral - Add |
| 20240416000710-1 | 04/16/2024 05:00:00 PM | UCC-3 Amendment Collateral - Add |

**Debtor List**

| Name | Address |
|---|---|
| Scott Frommert | 1803 Gridley Rd. Cerritos CA 90703 |
| Sun West Mortgage Company Inc. | 1803 Gridley rd Cerritos CA 90703 |

**Secured Party List**

| Name | Address |
|---|---|
| Jameel Ameer Lockhart | 1304 Devonshire Grosse Pointe MI 48230 |

[redacted]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**Filing Number: 20240203000032-8**

Filing Date and Time: 02/03/2024 11:15 AM

Total Number of Pages: 2

*(This document was filed electronically)*

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Jameel Lockhart**

B. E-MAIL CONTACT AT FILER (optional)
**jameellockhart2@gmail.com**

C. SEND ACKNOWLEDGEMENT TO: (Name and Address)
**Jameel Lockhart**
**1304 Devonshire**
**Grosse Pointe, MI 48230 USA**

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME: **Sun West Mortgage Company Inc.** | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 1c. MAILING ADDRESS **1803 Gridley rd** | CITY **Cerritos** | | STATE **CA** | POSTAL CODE **90703** | COUNTRY **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | | |
| OR 2b. INDIVIDUAL'S SURNAME **Frommert** | FIRST PERSONAL NAME **Scott** | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
| 2c. MAILING ADDRESS **1803 Gridley Rd.** | CITY **Cerritos** | | STATE **CA** | POSTAL CODE **90703** | COUNTRY **USA** |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | | |
|---|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME | | | | | |
| OR 3b. INDIVIDUAL'S SURNAME **Lockhart** | FIRST PERSONAL NAME **Jameel** | ADDITIONAL NAME(S)/INITIAL(S) **Ameer** | | | SUFFIX |
| 3c. MAILING ADDRESS **1304 Devonshire** | CITY **Grosse Pointe** | | STATE **MI** | POSTAL CODE **48230** | COUNTRY **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

**The Secured Party Jameel**-A: **Lockhart hereby** place a **Lien on all rights, title and interest of Debtor** in and to **(I) all leases and** other agreements affecting the **use or** occupancy **of the** premises located at 1304 Devonshire **Rd** Grosse Pointe Park, Michigan **[48230]** (Parcel **Number: W061002454S) (hereinafter called** the **Homestead) now or hereafter entered into, (II) all rents, issues and profits of the Homestead, (III) all awards** or **payments, including interest thereon, which may** be **made with respect to the Homestead, Secured Party also places a Judgment** Lien on all **property interest herein** of **Debtor's** Scott **Frommert as Chief Financial Officer and Sun West Mortgage Company Inc.**, **known** and **un-known** such as **all bank accounts personal and business, instruments, receipts, checks, drafts, or warrants issued in payment for the collateral;** all related **securities, stocks, bonds, derivatives, 401k's retirement funds, investment** accounts, **Debtor's tangible Personal/Business property, fixtures, leasehold improvements, trade fixtures, equipment and all other (" Personal/**Business **Property" ); all general** intangibles **relating to or arising from the Personal/Business Property**,

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☑ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**This financing statement will not terminate until terminated by the secured party.**

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME
**Sun West Mortgage Company Inc.**

OR

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

OR

10b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

13. ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut ☑ covers as-extracted collateral ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):
**Jameel A Lockhart 1304 Devonshire Rd Grosse Pointe Park Michigan (48230)**

16. Description of real estate:
**Lot 33 of the Grosse Pointe Park Corporations Subdivision according to the plat thereof recorded in Liber 30 Page(s) 8 of Plats Wayne County Records**

17. MISCELLANEOUS:

[redacted]

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**Filing Number: 20240404000807-1**

Filing Date and Time: 04/04/2024 05:00 PM

Total Number of Pages: 4

A. NAME & PHONE OF CONTACT AT FILER (optional)
Jameel Lockhart

B. E-MAIL CONTACT AT FILER (optional)
**Jameellockhart2@gmail.com**

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

**Jameel Lockhart**
**1304 Devonshire rd**
**Grosse Pointe Park, MI 48230**

Print Reset

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**20240203000032-8**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:
Check one of these two boxes: This Change affects ☐ Debtor or ☐ Secured Party of record
AND Check one of these three boxes to: ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c ☐ ADD name: Complete item 7a or 7b, and item 7c ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME

OR

| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

7a. ORGANIZATION'S NAME

OR

7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

8. ☑ COLLATERAL CHANGE: Also check one of these four boxes: ☑ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral

Indicate collateral:
Security agreement; Tort Waiver

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME

OR

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| **Lockhart** | **Jameel** | | |

10. OPTIONAL FILER REFERENCE DATA:

681 J.L

Registered Mail no.: 193 614 746 US

PRIVATE

THIS IS NOT A PUBLIC COMMUNICATION

Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent
Applicable to All Successors and Assigns
Silence is Acquiescence, Agreement and Dishonor

This is a self-executing contract in Equity.

NOTICE: THIS DOCUMENT IS NOT INTENDED TO THREATEN, HARASS, HINDER OR OBSTRUCT ANY LAWFUL OPERATIONS. IT IS FOR THE PURPOSES OF OBTAINING LAWFUL REMEDY AS IS PROVIDED BY LAW.

**FROM:**
Jameel-A: Lockhart
c/o 1304 Devonshire Rd.
Grosse Pointe Park,
Michigan [48230]

**To:**
Sun West Mortgage Company Inc.
18303 Gridley Rd.
Cerrito CA 90703

**RE: account number 1233050079**

**Property address:**
1304 Devonshire Rd,
Grosse Pointe Park MI 48230

**AFFIDAVIT NOTICE OF VOID CONTRACT AND RETURN OF DOWN PAYMENT FOR VIOLATION TILA MISREPRESENTATION AND NON-DISCLOSURE**

{TORT WAIVER}
Constructive NOTICE of Waiver of TORT is herein given to ANY and ALL PARTIES!!

**"Indeed, no more than (affidavits) are necessary, To make the prima facie case."** United States V. Kis, 658 F.2nd, 526. 536 (7th Cir. 1981); Cert. Denied, 50 U.S. L.W. 2169; S. Ct. March 22, 1982.

6. The downpayment of $19,000.00 received by Sun West Mortgage Company Inc. was received via fraud and extortion due to the false and misleading information provided by agents of Sun West Mortgage Company Inc.

FALSE STATEMENT

As per **15 U.S. Code § 1611** anyone who gives or reports false or inaccurate information is guilty of a crime.

**15 U.S. Code § 1611 - Criminal liability for willful and knowing violation.**

**Whoever willfully and knowingly**

(1) . gives false or inaccurate information or fails to provide information which he is required to disclose under the provisions of this subchapter, or any regulation issued thereunder, otherwise fails to comply with any requirement imposed under this subchapter, *shall be fined* not more than $5,000 or imprisoned not more than one year, or both.

Out of the concern for the felonious acts of the unauthorized use of my private property committed by your company and my ability to conduct commerce I request that you permanently remove and delete my private information from all of your files that may contain my private property.

Sun West Mortgage Company Inc., and or agents also failed to provide according TILA full disclosure as it pertains to all fees and charges related to the consumer credit transaction aka THE SUM OF ALL CHARGES.

TILA 15 USC 1605 a

Except as otherwise provided in this section, the amount of the finance charge in connection with any consumer credit transaction shall be determined as **the sum of all charges**, payable directly or indirectly by the person to whom the credit is extended and imposed directly or indirectly by the creditor as an incident to the extension of credit. The finance charge does not include charges of a type payable in a **comparable cash transaction**. The finance charge shall not include fees and amounts imposed by third party closing agents (including settlement agents, attorneys, and escrow and title companies) if the creditor does not require the imposition of the charges or the services provided and does not retain the charges. Examples of charges which are included in the finance charge include any of the following types of charges which are applicable:

7. Therefore, I am demanding that Sun West Mortgage Company Inc. return to me the sum $19,000.00 with interest and penalties as required by law, you 3 days via date received to correct your error and make me whole your failure to comply along with your silence will constitute a binding Agreement for your willful fraud, extortion, and other high crimes.

8. As the originator of the Loan/Agreement Sun West Mortgage Company Inc and or agents have a legal and moral duty to respond.

SILENCE IS ACQUIESCENCE

"Silence can only be equated with fraud where there is a legal and moral duty to speak or where an inquiry left unanswered would be intentionally misleading." See U.S. v Tweel. 550 F. 2nd 297, 299 (1977), Emphasis added, quoting U.S. v. Prudden, 424 F. 2d 1021, 1032 (1970). See also Carmine v. Bowen, 64A. 932 (1906).

or otherwise, which in the discretion of secured party may seem to be necessary or advisable. In addition, the secured party may, on behalf of and in the name of the debtor, receive, open, and dispose of mail addressed to debtor, and change any address to which mail and payments are to be sent. This power is given as security for the indebtedness, and the authority hereby conferred is and shall be irrevocable and shall remain in full force and effect until renounced by the secured party in writing.

**OBLIGATIONS OF DEBTOR**: Debtor warrants and covenants to Secured Party/Judgement Lien Holder as follows: **PERFECTION OF SECURITY INTEREST**. Debtor Agrees, Per Private Default Security Agreement, to execute such financing statements and to take whatever other actions are requested by secured party to perfect and continue secured party's security interest in the "collateral." Secured party may, without further authorization from debtor, file a carbon, photographic, or other reproduction of any financing statement or of the herein AGREEMENT for use as a financing statement. Secured Party shall not be required to take any steps necessary in preserving any third-parties rights in the collateral, nor shall secured party be required to protect, preserve, or maintaining any security interest given any third-parties to secure the collateral.

**RIGHTS AND REMEDIES ON DEFAULT**. If an event of default occurs under the herein AGREEMENT, or any time, thereafter, secured party shall have all the rights of a secured party in commerce. In addition, and without limitation, secured party may exercise any one or more of the following rights and remedies:

) Accelerate indebtedness, 2.) Assemble collateral, 3.) Sell the collateral, 4.) Appoint receiver, 5.) Collect revenues, 6.) Apply accounts, 7.) Obtain deficiency, 8.) Cumulative remedies.

It is therefore, herein DECLARED that an IMPLIED CONTRACT with Affiant Jameel-A: Lockhart and Sun West Mortgage Company Inc and agents herein Debtor having waived your right to answer by acquiescence, tacit admission and failure to contest, rejecting your due process opportunity and granting affiant a Lien judgment by default is created and freely and jointly entered into by the parties, in which ANY and ALL Parties are free to choose to become OBLIGATED or not to become obligated of their own free choice or volition, to TRESPASS and cause a TORT or not to TRESPASS, TO INJURE ME A PROPER PARTY, or not to INJURE ME, the proper PARTY HEREIN WAIVING THE TORT and accepting settlement of the terms and conditions of this IMPLIED CONTRACT mutually agreed upon by all parties.

**NOTICE IS HEREBY GIVEN**

FULL ACCEPTANCE IS FINAL AND BINDING TO ALL PARTIES BY SELF EVIDENCE OF AN INJURY OR DEPRIVATION UPON ME Jameel-A: Lockhart, OR MY LAWFULLY OWNED PROPERTY BY ANY PARTY.

**FEE SCHEDUAL & SUM CERTAIN**

| | |
|---|---|
| ORIGINAL NOTE/COLLATERAL | $400,00.00 |
| DOWNPAYMENT | $19,000.00 |
| 15 U.S. Code § 1611 | $5000.00. |
| Unjust Enrichment | $25,000.00 |
| U.S.C. Title18 Section 3571, Section 3623, Violation of Extortion | $250,000,00 |
| Title 18 USC Section2 1001 False Statements or within United States | $10.000.00.x3 |
| Title 18 USC Section 242 Deprivation of rights under color of law | $100,000.00 |

[redacted]

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

Michigan Department of State - Uniform Commercial Code

**Filing Number: 20240416000710-1**

Filing Date and Time: 04/16/2024 05:00 PM

Total Number of Pages: 7

A. NAME & PHONE OF CONTACT AT FILER (optional)
Jameel Lockhart

B. E-MAIL CONTACT AT FILER (optional)
Jameellockhart2@gmail.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
Jameel Lockhart
1304 Devonshire rd
Grosse Pointe Park, MI 48230

Print Reset

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
20240203000032-8

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:
Check one of these two boxes: This Change affects ☐ Debtor or ☐ Secured Party of record
AND Check one of these three boxes to: ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c ☐ ADD name: Complete item 7a or 7b, and item 7c ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)
6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
7a. ORGANIZATION'S NAME

OR 7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

8. ☑ COLLATERAL CHANGE: Also check one of these four boxes: ☑ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral

Indicate collateral:
Security agreement; Tort Waiver

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| Lockhart | Jameel | | |

10. OPTIONAL FILER REFERENCE DATA:

681 J.L

**Registered Mail no. : 193 614 [redacted] US**

**PRIVATE**

THIS IS NOT A PUBLIC COMMUNICATION

Notice to Agent is Notice to Principal. Notice to Principal Is Notice to Agent
Applicable to All Successors and Assigns
Silence Is Acquiescence, Agreement and Dishonor

This is a self-executing contract in Equity.

NOTICE: THIS DOCUMENT IS NOT INTENDED TO THREATEN, HARASS, HINDER OR OBSTRUCT ANY LAWFUL OPERATIONS. IT IS FOR THE PURPOSES OF OBTAINING LAWFUL REMEDY AS IS PROVIDED BY LAW.

FROM:
Jameel-A: Lockhart
c/o 1304 Devonshire Rd.
Grosse Pointe Park,
Michigan [48230]

To:
Sun West Mortgage Company Inc.
18303 Gridley Rd.
Cerrito CA 90703

RE: account number 1233050079

Property address:
1304 Devonshire Rd,
Grosse Pointe Park MI 48230

**AFFIDAVIT NOTICE OF VOID CONTRACT AND RETURN OF DOWN PAYMENT FOR VIOLATION TILA MISREPRESENTATION AND NON-DISCLOSURE**

(TORT WAIVER)

Constructive NOTICE of Waiver of TORT is herein given to ANY and ALL PARTIES!!

"Indeed, no more than (affidavits) are necessary,
To make the prima facie case." United States V. Kis,
658 F.2nd, 526. 536 (7th Cir. 1981);
Cert. Denied, 50 U.S. L.W. 2169; S. Ct. March 22, 1982,

from Sun West Mortgage Company Inc, I became aware of these inaccuracies after information provided to me from the CFPB and the laws regulating consumer credit transaction.

As the originator of the Loan/Agreement Sun West Mortgage Company Inc. and agents owe a fiduciary duty to the Beneficiary Jameel-A: Lockhart, a private citizen and the Living beneficiary.

1. The agents for Sun West Mortgage Company Inc, did provide false and misleading information during the purchase of my Homestead causing me irreparable harm and injury.

2. I was told by the agents of Sun West Mortgage Company Inc., they required me to make a down payment of $19,000.00. In order for me to purchase the Homestead.

3. This was not so and was false and misleading information according to the laws regarding consumer credit transactions.

4. A consumer credit transaction is not a Cash Transaction but an extension of credit as per 15 usc 1662(b), and therefore the Homestead I purchased from Sun West Mortgage Company Inc., is a consumer credit transaction and not a cash transaction and therefore a downpayment was not required.

5. The actions of Sun West Mortgage Company Inc and its agents providing false and misleading information regarding down payment constitutes fraud and fraud vitiates all contracts ab initio.

**Fraud vitiates all contracts.**

37 Am Jur 2d, Section 8, states, "Fraud vitiates every transaction and all contracts. Indeed, the principle is often stated, in broad and sweeping language, that fraud destroys the validity of everything into which it enters, and that it vitiates the most solemn contracts, documents, and even judgments."

Ex Parte Lewis 416 So. 2d 410 (1982) (In re TREADWELL FORD, INC. v. Debbie LEWIS).
"Misrepresentations of a material fact made willfully to deceive, or recklessly without knowledge, and acted on by the opposite party, or if made by mistake and innocently and acted on by the opposite party, constitute legal fraud."

"Fraudulent misrepresentation consists of the following elements: (1) the defendant made a material misrepresentation; (2) the representation was false; (3) at the time the defendant made the representation, the defendant knew the representation was false, or made it recklessly, without knowledge of its truth as a positive assertion; (4) the defendant made the representation with the intention that the plaintiff would act upon it; (5) the plaintiff acted in reliance upon it; and (6) the plaintiff suffered damage." *M&D, Inc v WB McConkey, 231 Mich App 22, 27; 585 NW2d 33 (1998).*

United States v. Throckmorton, 98 U.S. 61 (1878) "There is no question of the general doctrine that fraud vitiates the most solemn contracts, documents, and even judgments."

But perhaps the best discussion of the whole subject is to be found in Greene v. Greene, 2 Gray (Mass.) 361, where the opinion was delivered by Chief Justice Shaw. "The maxim that fraud vitiates every proceeding must be taken, like other general maxims, to apply to cases where proof of fraud is admissible. But where the same matter has been actually tried, or so in issue that it might have been tried, it is not again admissible; the party is estopped to set up such fraud because the judgment is the highest evidence and cannot be contradicted."

6. The downpayment of $19,000.00 received by Sun West Mortgage Company Inc, was received via fraud and extortion due to the false and misleading information provided by agents of Sun West Mortgage Company Inc.

**FALSE STATEMENT**

As per **15 U.S. Code § 1611** anyone who gives or reports false or inaccurate information is guilty of a crime.

**15 U.S. Code § 1611 - Criminal liability for willful and knowing violation.**

**Whoever willfully and knowingly**

(1) . gives false or inaccurate information or fails to provide information which he is required to disclose under the provisions of this subchapter, or any regulation issued thereunder,

otherwise fails to comply with any requirement imposed under this subchapter, shall be fined not more than $5,000 or imprisoned not more than one year, or both.

Out of the concern for the felonious acts of the unauthorized use of my private property committed by your company and my ability to conduct commerce I request that you permanently remove and delete my private information from all of your files that may contain my private property.

Sun West Mortgage Company Inc., and or agents also failed to provide according TILA full disclosure as it pertains to all fees and charges related to the consumer credit transaction aka THE SUM OF ALL CHARGES.

**TILA 15 USC 1605 a**

Except as otherwise provided in this section, the amount of the finance charge in connection with any consumer credit transaction shall be determined as the sum of all charges, payable directly or indirectly by the person to whom the credit is extended and imposed directly or indirectly by the creditor as an incident to the extension of credit. The finance charge does not include charges of a type payable in a comparable cash transaction. The finance charge shall not include fees and amounts imposed by third party closing agents (including settlement agents, attorneys, and escrow and title companies) if the creditor does not require the imposition of the charges or the services provided and does not retain the charges. Examples of charges which are included in the finance charge include any of the following types of charges which are applicable:

7. Therefore, I am demanding that Sun West Mortgage Company Inc. return to me the sum $19,000.00 with interest and penalties as required by law, you 3 days via date received to correct your error and make me whole your failure to comply along with your silence will constitute a binding Agreement for your willful fraud, extortion, and other high crimes.

8. As the originator of the Loan/Agreement Sun West Mortgage Company Inc and or agents have a legal and moral duty to respond.

**SILENCE IS ACQUIESCENCE**

"Silence can only be equated with fraud where there is a legal and moral duty to speak or where an inquiry left unanswered would be intentionally misleading." See U.S. v Tweel. 550 F. 2nd 297, 299 (1977), Emphasis added, quoting U.S. v. Prudden, 424 F. 2d 1021, 1032 (1970). See also Carmine v. Bowen, 64A. 932 (1906).

**ACQUIESENCE:** Equivalent to assent inferred from silence with knowledge or from encouragement and presupposes knowledge. Andrew v. Rivers, 207 Iowa 343,223 N.W. 102, 105. Imports tacit consent, concurrence, acceptance, or assent. Natural Soda Products Co. v. City of Los Angeles, Cal.App., 132P. 2d 553,563. A silent appearance of consent. Failure to make any objections. ***Black's Law Dictionary revised 4th Edition***

**JUDGMENT BY DEFAULT** Is a judgment rendered in consequence of the non-appearance of the defendant, Beard v. Sovereign Lodge. W.O. W., 184N.C. 154, 113 S.E. 661; In re Smith, 38 Idaho, 746225 P. 495, 496; Brame v. Nolen, 139 Va. 413, 124 S.E. 299, 301.The term is also applied to judgments entered under statutes or rules of court, for want of affidavit of defense, plea, answer, and the like or for failure to take some required step in the cause. **Black's Law Dictionary revised 4th Edition.**

**Title 12—Banks and Banking, Part 793** Tort Claims Against the Government

KEETON ET AL., supra note 1, § 107, at 740; **RESTATEMENT (SECOND) OF TORTS § 528** cmt. a (1977). **RESTATEMENT (SECOND) OF TORTS § 525** cmt. b (1977); see also Russ v. TRW, Inc., 570 N.E.2d; Clement-Rowe v. Michigan Health Care Corp., 538 N.W.2d 20, 23-24 (Mich. Ct. App. 1995).

"A **TORT** is defined to be a wrong independent of contract. . . ." Ross v. Schade, 7 Conn. Supp. 521 (1940).

**TORT**: "When a plaintiff seeks to recover damages for the breach of a statutory duty, such an action sounds in tort." Bellemare v. Wachovia Mortgage Corp., 284 Conn. 193, 200, 931 A.2d 916 (2007).

**INTENTIONAL TORT:** Willful or deliberate misconduct, Gross negligence, with intent to cause harm.

**ELEMENTS OF A TORT:** "In general, the tort must be in the breach of a legal duty comprising three distinct elements, to-wit: (a) Existence of legal duty from defendant to plaintiff; (b) breach of that duty; and (c) the damage as a proximate result." Laclede Steel Co. v. Silas Mason Co., 67 F. Supp. 751, 759 (D. Louisiana, 1946).

**Breach of fiduciary duty is a tort for which a plaintiff may recover exemplary damages.** Brosseau v. Ranzau, 81 S.W.3d 381 (Tex. App.—Beaumont 2002, pet. denied); Lesikar v. Rappeport, 33 S.W.3d 282, 310 (Tex. App.—Texarkana 2000.

**POWER OF ATTORNEY**

As a result of **Respondents** Sun West Mortgage Company Inc and agent having waived your right to answer by acquiescence, tacit admission and failure to contest, rejecting your due process opportunity and granting affiant a judgment by default, Debtor hereby authorizes and appoints secured party/Judgement Lien Holder to act as debtor's Agent and/or Attorney-in-Fact, irrevocably, with full power of substitution to do the following: (a) endorse or otherwise sign, without liability, all documents and instruments, of any type or required for the purpose of authenticating the writing in all commercial activity between debtor and other corporate persons; (b) demand, collect, receive, receipt for, sue, and recover all sums of money or other property which may now or hereafter become due, owing, or payable to the debtor; (c) execute, sign, and endorse any and all claims, instruments, receipts, checks, drafts, or warrants issued in payment for the collateral; (d) settle or compromise any and all claims, now existing or hereafter arising, against debtor and/or any collateral; and (e) file any claim(s) or take any action or institute or take part in any proceedings, either in his own name or in the name of the debtor,

or otherwise, which in the discretion of secured party may seem to be necessary or advisable. In addition, the secured party may, on behalf of and in the name of the debtor, receive, open, and dispose of mail addressed to debtor, and change any address to which mail and payments are to be sent. This power is given as security for the indebtedness, and the authority hereby conferred is and shall be irrevocable and shall remain in full force and effect until renounced by the secured party in writing.

**OBLIGATIONS OF DEBTOR:** Debtor warrants and covenants to Secured Party/Judgement Lien Holder as follows: **PERFECTION OF SECURITY INTEREST.** Debtor Agrees, Per Private Default Security Agreement, to execute such financing statements and to take whatever other actions are requested by secured party to perfect and continue secured party's security interest in the "collateral." Secured party may, without further authorization from debtor, file a carbon, photographic, or other reproduction of any financing statement or of the herein AGREEMENT for use as a financing statement. Secured Party shall not be required to take any steps necessary in preserving any third-parties rights in the collateral, nor shall secured party be required to protect, preserve, or maintaining any security interest given any third-parties to secure the collateral.

**RIGHTS AND REMEDIES ON DEFAULT.** If an event of default occurs under the herein AGREEMENT, or any time, thereafter, secured party shall have all the rights of a secured party in commerce. In addition, and without limitation, secured party may exercise any one or more of the following rights and remedies:

) Accelerate indebtedness, 2.) Assemble collateral, 3.) Sell the collateral, 4.) Appoint receiver, 5.) Collect revenues, 6.) Apply accounts, 7.) Obtain deficiency, 8.) Cumulative remedies.

It is therefore, herein DECLARED that an IMPLIED CONTRACT with Affiant Jameel-A: Lockhart and Sun West Mortgage Company Inc and agents herein Debtor having waived your right to answer by acquiescence, tacit admission and failure to contest, rejecting your due process opportunity and granting affiant a Lien judgment by default is created and freely and jointly entered into by the parties, in which ANY and ALL Parties are free to choose to become OBLIGATED or not to become obligated of their own free choice or volition, to TRESPASS and cause a TORT or not to TRESPASS, TO INJURE ME A PROPER PARTY, or not to INJURE ME, the proper PARTY HEREIN WAIVING THE TORT and accepting settlement of the terms and conditions of this IMPLIED CONTRACT mutually agreed upon by all parties.

**NOTICE IS HEREBY GIVEN**

**FULL ACCEPTANCE IS FINAL AND BINDING TO ALL PARTIES BY SELF EVIDENCE OF AN INJURY OR DEPRIVATION UPON ME Jameel-A: Lockhart, OR MY LAWFULLY OWNED PROPERTY BY ANY PARTY.**

**FEE SCHEDUAL & SUM CERTAIN**

| | |
|---|---|
| ORIGINAL NOTE/COLLATERAL | $400,00.00 |
| DOWNPAYMENT | $19,000.00 |
| 15 U.S. Code § 1611 | $5000.00. |
| Unjust Enrichment | $25,000.00 |
| U.S.C. Title18 Section 3571, Section 3623, Violation of Extortion | $250,000,00 |
| Title 18 USC Section2 1001 False Statements or within United States | $10.000.00.x3 |
| Title 18 USC Section 242 Deprivation of rights under color of law | $100,000.00 |

| | |
|---|---|
| U.S.C. Title18 Section 3571, Section 3623, Violation of Extortion | $250,000,00 |
| Title 18 USC Section2 1001 False Statements or within United States | $10,000.00. |
| Title 18 USC Section 242 Deprivation of rights under color of law | $100,000.00 |
| Title 18 USC Section 241 Conspiracy against rights | $250.000.00 |

Total $1,125,000.00
Treble x 3
Total $ 3,375,000

I affirm that all of the foregoing is true and correct to the best of my knowledge. I affirm that I am of lawful age and am competent to make this Affidavit. Written under the penalties of perjury.

1/17/2024
Date:

Jameel-A: Lockhart Beneficiary
ALL RIGHTS RESERVED UCC 1-207 UCC 1-103
USC Title 28, Section 1746(1)
Executed without the
United States... under the
Law of the United States of America

Acknowledgement

State of Michigan)

County of Wayne)

Acknowledged before me this 17th day of January, 2024, a Notary Public, personally appeared Jameel-A: Lockhart, who is known to me to be the person who subscribed his name to this document and acknowledged that he did so for the stated purposes.

Notary Public

SEAL

ZACHARY THORNGATE
Notary Public - State of Michigan
County of Macomb
My Commission Expires Mar 15, 2030
Acting in the County of Wayne

# Exhibit E

## Notice Of Full Accord and Satisfaction
## And
## settlement offer checks

**PRIVATE**

**THIS IS NOT A PUBLIC COMMUNICATION**

**Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent**
**Applicable to All Successors and Assigns**

Silence is Acquiescence, Agreement and Dishonor

**<u>This is a self-executing contract in Equity</u>**

NOTICE: THIS DOCUMENT IS NOT INTENDED TO THREATEN, HARASS, HINDER OR OBSTRUCT ANY LAWFUL OPERATIONS. IT IS FOR THE PURPOSES OF OBTAINING LAWFUL REMEDY AS IS PROVIDED BY LAW.

Jameel Lockhart
In c/o 1304 Devonshire rd
Grosse Pointe Park – Michigan: Republic *de jure*
USA Postal Zone [48230]

**AGENT:** Scott Frommert
Chief Executive Officer
SunWest Mortgage Company
1803 Gridley rd.
Cerritos CA 90703

# NOTICE OF FULL ACCORD AND SATISFACTION

"Indeed, no more than an [Affidavit] is necessary to make prima facie case."
United States v. Kis, 658 F. 2d 526 (7th Cir. 1981): certiorari denied, 50 U.S.L.W. 2169. S.Ct. March 22, 1982.

ANSWERS TO AFFIDAVIT MUST BE PURSUANT TO Public Law 94-550 "
...under Oath and Affirmation to be Admissible on court records.

1. I Jameel Lockhart did submit an affidavit of notice titled: Right of rescission and termination of the security interest in an effort to extinguish any liability in regard to the security agreement received on December 15, 2023 regarding loan number: 1233050074.
2. I Jameel Lockhart did submit a Notice of default/ Affirmation in support of request for certificate of default received on February 9, 2024 regarding loan number: 1233050073.
3. I Jameel Lockhart in accordance with UCC 3-311 accord and Satisfaction give due notice that Debt is satisfied regarding account # 1233050074.
4. I Jameel Lockhart affirms that Sun West Mortgage Company Inc. did accept and agree to final payment on account # 1233050074 via performance and negotiating instrument/check # 154



Acquiescence: Equivalent to assent inferred from silence with knowledge or from encouragement and presupposes knowledge. Andrew v. Rivers, 207 Iowa 343,223 N.W. 102, 105. Imports tacit consent, concurrence, acceptance or assent. Natural Soda Products Co. v. City of Los Angeles, Cal.App., 132P. 2d 553,563.

received on 02/27/2024 for collection and discharge with explicit memo written as: "For: settlement of account balance in full.". **See Exhibit – A** copy deposited check# 154

5. I Jameel Lockhart affirms that instrument/check # 154 received on 02/27/2024 was tendered for full accord and satisfaction of all current debt on said account # 1233050074, you are further instructed to adjust the account balance to reflect zero balance owed on the account referenced above according to the Generally Accepted Accounting Practices (GAAP) and remove/release of all liens from the Michigan Secretary As well as give notice to all necessary credit bureau.
6. I Jameel Lockhart in accordance with UCC 3-311 accord and Satisfaction give due notice that Debt is satisfied regarding account # 1233050079.
7. I Jameel Lockhart affirms that Sun West Mortgage Company Inc. did accept and agree to final payment on account # 1233050079 via performance and negotiating instrument/check # 152 posted on 02/23/2024 for collection and discharge with explicit memo written as For: " settlement of account balance in full." **See Exhibit – B** copy deposited check # 152

**NOTICE:** Failure to post the Credit or identify a defect will be certified by my Notary as your stipulation to the value and validity of the instrument, your dishonor UCC 3-503, confession of a theft of Public Funds, Uniform Commercial Code - UCC § Section 3-603. Payment or Satisfaction, whereby "You can refuse payment. However, according to Law, and a court ruling, "A Debt Tender and refused is a Debt Paid at Law." **[Cohens v. Virginia. 6 Wheat 264].**

A valid tender of payment in US funds made is subjected to **UCC section 3-311 Accord and Satisfaction** by use of instrument, **[KELLY V PAULOS LAND CO. (1966)146 N.W. 2D 935 MICH APP 246]**-Payment attempted for submittal as payment in full.

A tender is an offer of performance, made with the intent to extinguish the obligation. " When properly made, it has the effect of putting the other party in default if he refuses to accept it. (Weisenberb v. Hirschorn, 97 Cal. App 2d 461, 44 Cal. Rptr. 604; Holland v. Paddock, 142 Cal., App. 2d 534, 539, 298 p. 597).

"An offer of performance, including the exercise of an option, is ineffective if it imposes conditions upon its acceptance which the offer or is not entitled to demand." (Civil Code, Section 1494; Schjffner v., Pappas. (1963) 223 Cal. App. 2d 526, 35 Cal. Rptr. 817).

**NOTICE OF APPOINTMENT OF FIDUCIARY DUTY**

8. I Jameel Lockhart hereby give due notice of my appointing of Scott Frommert as Fiduciary over the account # 1233050074 for settlement and closure of account.

**STATUTORY AUTHORITY TO APPOINT: 26 U.S. CODE § 2041 - POWERS OF APPOINTMENT**

9. As the custodian of this account Scott Frommert, as Chief Financial Officer for Sun West Mortgage Company Inc. owes a fiduciary duty to its clients.

10. Sun West Mortgage Company Inc. and Scott Frommert, as Chief Financial Officer, have a fiduciary duty to its customers.

11. Scott Frommert has a fiduciary duty both under the common law and by statute per **UCC § 3-307** to Jameel Lockhart, executor of the legal estate.

12. Scott Frommert has been appointed and entrusted with the duty to discharge his obligation faithfully and diligently over the Legal Estate of Jameel Lockhart, by adjust the account balance to reflect zero balance owed on the account, release of all liens from the Michigan Secretary as well as give notice to all necessary credit bureaus as well as settlement and closure of account #1233050074, and account number # 1233050079

13. Per UCC § 3-307 Scott Frommert is owing a fiduciary duty with respect to the above-mentioned Instrument to Jameel Lockhart.

14. **Per UCC § 3-307** Scott Frommert , Failure to adjust the account balance to reflect zero balance owed on the account referenced above release of all liens from the Michigan Secretary as well as give notice to all necessary credit bureaus constitutes a breach of fiduciary duty.

**UCC § 3-307. NOTICE OF BREACH OF FIDUCIARY DUTY.**

(a) In this section:

(1)"**Fiduciary**" means an agent, trustee, partner, corporate officer or director, or other representative owing a fiduciary duty with respect to an instrument.

(2)"**Represented person**" means the principal, beneficiary, partnership, corporation, or other person to whom the duty stated in paragraph (1) is owed.

(b) If (i) instrument an is taken from a fiduciary for payment or collection or for value, (ii) the taker has knowledge of the fiduciary status of the fiduciary, and (iii) the represented person makes a claim to the instrument or its proceeds on the basis that the transaction of the fiduciary is a breach of fiduciary duty, the following rules apply:

(1) Notice of breach of fiduciary duty by the fiduciary is notice of the claim of the represented person.

(2) In the case of an payable to the represented person or the fiduciary as such, the taker has notice of the breach of fiduciary duty if the instrument is (i) taken in payment of or as security for a debt known by the taker to be the personal debt of the fiduciary, (ii) taken in a transaction known by the taker to be for the personal benefit of the fiduciary, or (iii) deposited to an account other than an account of the fiduciary, as such, or an account of the represented person.

(3) If a by the represented person or the fiduciary as such, and made payable to the fiduciary personally, the taker does not have notice of the breach of fiduciary duty unless the taker knows of the breach of fiduciary duty.

(4) If is by the represented person or the fiduciary as such, to the taker as payee, the taker has notice of the breach of fiduciary duty if the instrument is (i) taken in payment of or as security for a debt known by the taker to be the personal debt of the fiduciary, (ii) taken in a transaction

known by the taker to be for the personal benefit of the fiduciary, or (iii) deposited to an account other than an account of the fiduciary, as such, or an account of the represented person.

**Breach of Fiduciary Duty**; Breach of trust is a trustee's failure to act in accordance with the terms of the trust or the trustee's general fiduciary obligations. The trustee is subject to removal in the case of breach of trust and also creates personal liability. Whether or not the violation was willful, fraudulent, negligent, or inadvertent, a trustee is said to have committed breach of trust if a duty imposed on him/her by equity was violated.

**Breach** - The defendant breached this duty in some way, such as by failing to disclose certain information, misappropriation of funds, misuse of influential position, neglect of responsibilities, or misrepresentation with regard to a statement of fact.....See United States v. Carter, 217 U.S. 286, 306 (1910) (public official, when acting as agent for the public, owes a fiduciary duty to the public); Shushan v. United States, 117 F.2d 110, 115 (5th Cir.) ("[n]o trustee has more sacred duties than a public official"), cert. denied, 313 U.S. 574 (1941); County of Cook v. Barrett, 36 Ill. App. 3d 623, 628, 344 N.E.2d 540, 545 (1976) (when an elected "official acts as agent for the public body in business transactions, he owes to his principal duties of loyalty and good faith at least equal to those required of a private fiduciary in like circumstances"); State ex rel. Fletcher v. Naumann, 213 Iowa 418, 431, 239 N.W. 93, 99 (1931)

**ELEMENTS OF A BREACH OF FIDUCIARY DUTY CLAIM**

**In order to prevail in a claim for this tort, you must be able to prove the following elements:**

**Duty** - The defendant had a duty or duties to the plaintiff, such as the duty of good faith and fair dealing, the duty of full disclosure, or the duty of loyalty (the exact nature of the duty or duties will depend on the facts of the case).

**Breach** - The defendant breached this duty in some way, such as by failing to disclose certain information, misappropriation of funds, misuse of influential position, neglect of responsibilities, or misrepresentation with regard to a statement of fact.

**Damages** - The plaintiff must have suffered damages, for which the breach was the proximate cause; a breach without damages is not actionable.
Breach of Fiduciary Duty: Remedies

A plaintiff who prevails in a breach of fiduciary duty lawsuit typically will recover for actual damages incurred, but also may recover punitive damages if the breach can be proven to have been committed out of malice or fraud.

15. Any further attempt to collect on the above-mentioned account will be your admission of a fraudulent debt collection and false claim in violation U.S.C Title 18 sec 1001 and Title 15 U.S.C. sub section 1692.

**See lawyer responsible for false debt collection claim** Heintz v. Jenkins U.S. 131 L. Ed 2d 395, 63 U.S. L.W. 4266 (April 1995) and FDCPA Title 15 U.S.C. sub section 1692.

YOU HAVE BEEN SERVED DUE NOTICE OF YOUR FIDUCIARY OBLIGATION

Thank You,

Jameel Lockhart

**FURTHER AFFIANT SAITH NOT:**

**JURAT**

"Without Prejudice"

All Rights Reserved, UCC 1-308

SWORN (OR AFFIRMED) BEFORE ME
at the County of Wayne, in the State
of Michigan, on March First 2024

[name]

Notary public, State of Michigan, County of Macomb
My commission expires 4/8/29

LYSETTE COUTURE
Notary Public - State of Michigan
County of Macomb
My Commission Expires Apr 8, 2029
Acting in the County of Wayne



Acquiescence: Equivalent to assent inferred from silence with knowledge or from encouragement and presupposes knowledge. Andrew v. Rivers, 207 Iowa 343,223 N.W. 102, 105. Imports tacit consent, concurrence, acceptance or assent. Natural Soda Products Co. v. City of Los Angeles, Cal.App., 132P. 2d 553,563.

154

JAMEEL A LOCKHART

02/22/2024

Sun West Mortgage Company Inc. 4130.36

Four thousand thirty dollars and thirty six cents

NAVY FEDERAL Credit Union

Settlement of account balance in full Loan#: 1233050074

⑆256074974⑆0154⑈7135598485⑈001

**For Deposit Only**
**SunWest Mortgage Company**
**2073013**

| | |
|---|---|
| Posting Date | 2024 Feb 28 |
| Sequence Number | 18080084 |
| Amount | $4,030.36 |
| NFCU Account Number | 7135598485 |
| MICR Account Number | 7135598485 |
| Check Number | 154 |
| Serial Number | 0 |
| MICR PC Code | 1 |
| Teller ID | 000000 |
| Branch/ATM ID | 0000 |
| Bank of First Deposit | 12220119 |

Exhibit B

152

JAMELLA LOCKHART

2/6/2024

SunWest Mortgage Co Inc $ 317.09

Three hundred seventeen and nine cents

NAVY FEDERAL Credit Union

Settlement in full of account balance Loan no. 1233050079

⑆256074974⑆0152⑈7135598485⑈001

**For Deposit Only**
**SunWest Mortgage Company**
**2073013**

| | |
|---|---|
| Posting Date | 2024 Feb 23 |
| Sequence Number | 18069275 |
| Amount | $317.09 |
| NFCU Account Number | 7135598485 |
| MICR Account Number | 7135598485 |
| Check Number | 152 |
| Serial Number | 0 |
| MICR PC Code | 1 |
| Teller ID | 000000 |
| Branch/ATM ID | 0000 |
| Bank of First Deposit | 12220119 |

9589 0710 5270 1514 5610 77

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com

Cerritos, CA 90703

0236
03

Certified Mail Fee $4.40

$ $0.00

Extra Services & Fees (check box, add fee as appropriate)

- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $0.92

Postmark Here

03/01/2024

Total Postage and Fees $5.32

Sent To SUN West

Street and Apt. No., or PO Box No. [redacted] Rd 18303 Gridley

City, State, ZIP+4® Cerritos, CA 90703

PS Form 3800, January 2023

**Exhibit E-1**

# Exhibit F

# Second Settlement Offer Checks

JAMEEL LOCKHART LLC

1045

68-7497/2560

DATE 3/27/2024

PAY TO THE ORDER OF Sun West Mortgage Company Inc $ 4740.11

Four thousand seven hundred forty 11/100 DOLLARS

NAVY FEDERAL Credit Union

FOR Final settlement offer for pay off in full Loan #: 123305007

⑆256074974⑆ 1045⑈ 7163578698⑈ 001

For Remote Deposit Only
Sun West Mortgage
To the Account of 2073013
03/30/2024

F&M RDC >122201198< 7430079000030 03/30/2024

| | |
|---|---|
| Posting Date | 2024 Apr 02 |
| Sequence Number | 18067754 |
| Amount | $4,740.11 |
| NFCU Account Number | 7163578698 |
| MICR Account Number | 7163578698 |
| Check Number | 1045 |
| Serial Number | 0 |
| MICR PC Code | 1 |
| Teller ID | 000000 |
| Branch/ATM ID | 0000 |
| Bank of First Deposit | 12220119 |

JAMEEL LOCKHART LLC

1044

68-7497/2560

3/27/2024

DATE

PAY TO THE ORDER OF Sun West Mortgage Company $ 332.94

Three hundred thirty two 94/100 DOLLARS

NAVY FEDERAL Credit Union

FOR Settlement offer to pay off loan in full Account #: 1233050079

⑆256074974⑆ 1044⑈ 7163578698⑈ 001

F&M RDC >122201198< 7430079000040 03/30/2024

For Remote Deposit Only
Sun West Mortgage
To the Account of 2073013
03/30/2024

| | |
|---|---|
| Posting Date | 2024 Apr 02 |
| Sequence Number | 18067755 |
| Amount | $332.94 |
| NFCU Account Number | 7163578698 |
| MICR Account Number | 7163578698 |
| Check Number | 1044 |
| Serial Number | 0 |
| MICR PC Code | 1 |
| Teller ID | 000000 |
| Branch/ATM ID | 0000 |
| Bank of First Deposit | 12220119 |

# Exhibit G

# Notice of Default Judgement And Entry of Default Judgement

**PRIVATE**
**SECURITY AGREEMENT**

**FROM:**

Jameel-A: Lockhart
c/o 1304 Devonshire Rd.
Grosse Pointe Park,
Michigan [48230]

**To:**

Sun West Mortgage Company Inc.
18303 Gridley Rd.
Cerrito CA 90703

**RE: account number** 1233050074-00

Property address:
1304 Devonshire Rd,
Grosse Pointe Park MI 48230

**NOTICE OF DEFAULT JUDGEMENT**
**AND ENTRY OF DEFAULT JUDGMENT**

**AFFIDAVIT**
**NOTICE ENTRY OF DEFAULT JUDGMENT**
**FOR TORT WAIVER, VOID CONTRACT AND RETURN OF**
**DOWN PAYMENT, VIOLATION OF TILA MISREPRESENTATION,**
**NON-DISCLOSURE BREACH OF TRUST AND OTHER VIOLATION.**

**TO:** Sun West Mortgage Company Inc, and Pavan Agarwal acting as CEO in substitution for Scott Frommert acting as Chief Financial Officer.

1. Petitioner Jameel-A: Lockhart as the beneficiary of Cesti Que and the Public Trust, states that the facts contained herein are true, correct, complete, and not misleading, to the best of Declarants personal knowledge and belief under penalty of perjury pursuant to the laws of the United States of America.
2. Petitioner Jameel-A: Lockhart a natural man affirms and assert that Respondents are in DEFAULT FOR FAILURE TO ANSWER and therefore all statements, claims and allegations have been confessed to and affirmed, by such default, and accepted as dispositive, conclusive facts by Respondent(s) Sun West Mortgage Company Inc, and Pavan Agarwal acting as CEO in substitution for Scott Frommert acting as Chief Financial Officer, and all agents, actors and were given the opportunity and "failed to plead." And by tacit procuration have a binding agreement. See attached Exhibit-A- Affidavit Waiver of Tort/Implied Contract for Fraud Upon the Court Abuse of Process, Void Judgment, Improper Use of The Alias Complaint, Breach of Trust and Other Violations.

**YOU ARE HEREBY NOTICED** that you have a DEFAULT JUDGEMENT entered against you for want of affidavit of defense due to your failure to respond, plea, or answer the PRIVATE SECURITY AGREEMENT/ WAIVER OF TORT and IMPLIED CONTRACT received on January 20, 2024.

**IN ABSENCE** of such response, Affiant, Jameel-A: Lockhart/Secured Party, hereby and records this NOTICE OF ENTRY OF DEFAULT JUDGMENT upon and against above named Respondent(s) Sun West Mortgage Company Inc, and Pavan Agarwal acting as CEO in substitution for Scott Frommert acting as Chief Financial Officer. pursuant the Common Law of the Federal and State Constitutions for the Michigan Republic

**STATEMENT OF FACTS**

1. On or about [December 7 2023], Jameel-A: Lockhart entered into a consumer credit transaction with Sun West Mortgage Company Inc. for the purchase of property located at 1304 Devonshire Rd., Grosse Pointe Park, Michigan.
2. On December 15, 2023, Plaintiff served Defendant Sun West Mortgage Company Inc. and its CEO, Pavan Agarwal, with an **Affidavit of Notice Right of Rescission and Termination of The Security Interest**, as a Notice of Violations of the **Truth in Lending Act (TILA)**, Misrepresentation, Non-Disclosure, Breach of Trust, and Other Violations related to a financial transaction involving the Plaintiff's residential property by certified mail numbers # ZAC64540364088072.
3. **Jameel-A: Lockhart** therein granted Respondent(s) Respondent(s) Sun West Mortgage Company Inc, and Pavan Agarwal acting as CEO in substitution for Scott Frommert acting as Chief Financial Officer, Twenty-One Days (21) business days from the date of delivery, with the opportunity to rebut all claims, statements, allegations, violations and injuries made against them.
4. I Jameel-A: Lockhart affirm and assert I never received any form of a response from Respondent(s) at Sun West Mortgage Company Inc.
5. On January 20, 2024, Plaintiff served Defendant Sun West Mortgage Company Inc. and its CEO, Pavan Agarwal, with a **Waiver of Tort and Implied Contract** as a Void Contract and Return of Down Payment Violations of the Truth in Lending Act (TILA), Misrepresentation, Non-Disclosure, Breach of Trust, and Other Violations related to a financial transaction involving the Plaintiff's residential property via Registered Mail # RE-193614695US.
6. I Jameel-A: Lockhart again granted Respondent(s) Respondent(s) Sun West Mortgage Company Inc, and Pavan Agarwal acting as CEO in substitution for Scott Frommert acting as Chief Financial Officer, Twenty-One Days (21) business days from the date of delivery of the Tort Waiver, with the opportunity to rebut all claims, statements, allegations, violations and injuries made against them.
7. Respondent(s) Sun West Mortgage Company Inc, and Pavan Agarwal acting as CEO in substitution for Scott Frommert acting as Chief Financial Officer, are in default having admitted by tacit procuration to all the statements, claims and answers to inquiries verified therein.
8. I Jameel-A: Lockhart affirm and assert that Respondent(s) Sun West Mortgage Company Inc, having waived their right to answer by acquiescence, tacit admission and failure to contest, rejecting their due process opportunity and granting affiant a Judgment by Default.
9. **By their silence and failure to contest, Respondents have engaged in fraud by omission and have acquiesced to the statements and claims set forth in Petitioner's affidavit.** See U.S. v. Tweel, 550 F.2d 297, 299 (1977); Carmine v. Bowen, 64 A. 932 (1906).

**A DEFAULT JUDGEMENT** is being sought against you having waived the right to answer by acquiescence, tacit admission and failure to contest, rejecting your due process opportunity. (See Randone v. Appellate Court, 5 C3d 536; Mullane v Central Hanover Trust Co., 339 U.S. 306, 3 14; Sniadach v. Family Finance Corp., 395 U.S. 337, 339; Melorich Builders v. Superior Court, 160 Cal App 3d 93 1, as in line with California Code of Civil Procedure 437(c), defaults.).

**JUDGMENT BY DEFAULT** Is a judgment rendered in consequence of the non-appearance of the defendant, Beard v. Sovereign Lodge. W.O. W., 184N.C. 154, 113 S.E. 661; In re Smith, 38 Idaho, 746225 P. 495, 496; Brame v. Nolen, 139 Va. 413, 124 S.E. 299, 301. The term is also applied to judgments entered under statutes or rules of court, for want of affidavit of defense, plea, answer, and the like or for failure to take some required step in the cause. Black's Law Dictionary revised 4th Edition.

**DEFAULT COMPRISES AN ESTOPPEL OF ALL ACTIONS**

Default comprises an estoppel of all actions, administrative and judicial, by Respondents against Jameel-A: Lockhart as Secured Party/Beneficiary, 3J. Pomeroy, Equity Jurisprudence Section 805, p. 192, Restatement 2d of Torts Section 894 (1) (1979), and now reasonably relied on, Wilbur National Bank v

US 294 US 120, 124-125 (1935), due to misconduct by Government agents Heckler v Community Health Services, 467 US 51, at 59, 60, Federal Crop Ins., supra. "It [the doctrine of Estoppel by Silence] arises where a person is under duty to another to speak or failure to speak is inconsistent with honest dealings." In Re McArdles Estate, 140 Misc. 257, et seq., and Silence, to work estoppel, must amount to bad faith. Wise v USDC Ky., 38 F Supp 130, 134, where duty and opportunity to speak, Codd v Westchester Fire Ins. Co. 14 Wash. 2d 600, 128 P 2d 968, 151 ALR 316, creating ignorance of facts, Cushing v US Mas s, 18 F Supp 83, inducing person claiming estoppel to alter his position, Braunch v Freking, 219 Iowa 556, 258 NW 892, knowledge of facts and of rights by person estopped, Harvey v Richard, 200 La. 97, 7 So. 2d 674, willful or culpable silence, Lenconi v Fidelity Trust 5 & Savings Bank of Fresno, 96 Cal. App. 490, 273 P. 103 et seq., "Silence" implies knowledge, and an opportunity to act upon it, Pence v Langdon, 99 US 578 @ 581, et seq.

**EFFECT OF FAILURE TO DENY**

**PLEADINGS AND MOTIONS > Rule 8. (d) Effect of Failure to Deny.**

Pursuant to Federal Rule of Procedure Rule 8(d), every fact or statement in this correspondence that is not denied or rebutted shall be conclusively established as admitted:

**Pursuant to State and Federal Rules of Civil Procedure, Rule 8 any allegation not specifically denied are taken as admitted**...see In Kule-Rubin, et al v. Bahari Group, Limited Pursuant to 3Am.Jur. 2d Affidavits 29-31 see also Denton Enterprise, Inc v. Illinois State Toll Highway Authority. 396 N.E. 2d 34 ILL. App 1 Dist. 1979. "Where facts within an affidavit are not contradicted by counter affidavit they must be taken as true notwithstanding existence of contrary unsupported allegation in adverse party' pleadings".

**"Indeed, no more than an [affidavits] are necessary to make the prima facia case."** United States v. Kis, 658 F.2d 526, 536 (7th Cir. 1981); cert. denied, 50 U.S.L.W. 2169; S. Ct. March 22, 1982; and an uncontested allegation in an affidavit must be accepted as fact, Morris v. National Cash Register, 44 S.W.2d 433.

**"Allegations in affidavit in support of motion must be considered as true in absence of counter affidavit."** [Group v Finletter, 108 F. Supp. 327 Federal case of Group v Finletter, 108 F. Supp.

**NOTICE OF ACCEPTANCE OF CONTRACT/AGREEMENT BY TACIT PROCURATION:**

10. As an operation of law, Respondent's/DEBTORS, Sun West Mortgage Company Inc, and Pavan Agarwal acting as CEO in substitution for Scott Frommert acting as Chief Financial Officer. has admitted to the statements, claims and answers to inquiries verified therein.
11. Respondent(s) Sun West Mortgage Company Inc, and Pavan Agarwal acting as CEO in substitution for Scott Frommert acting as Chief Financial Officer, failure to respond or answer said AFFIDAVIT point for point, therefore their Silence being Tacit Procuration, Acquiescence, and Full Acceptance of All Stated Claims, Terms and Condition as Expressed within the IMPLIED CONTRACT.

**TACIT PROCURATION**- Is an action authorized by Implied Agreement by remaining silent; i.e. "tacit procuration takes place when an individual sees another managing his affairs and does not interfere to prevent it." (Black's Law Dictionary, 6th Edition.).

**Acquiescence:** Equivalent to assent inferred from silence with knowledge or from encouragement and presupposes knowledge. Andrew v. Rivers, 207 Iowa 343,223 N.W. 102, 105. Imports tacit consent, concurrence, acceptance or assent. Natural Soda Products Co. v. City of Los Angeles, Cal. App., 132P. 2d 553,563. A silent appearance of consent. Failure to make any objections. Black's Law Dictionary revised 4th Edition.

**Agreement:** The consent of two or more persons concurring respecting the transmission of some property right, or benefits, with the view of Contracting an Obligation, a mutual obligation. Bac. Abr.•, Rocha v. Hulen, 6 Cal.App.2d 245, 44 P.2d 478, 482.

12. THIS WAIVER OF TORT and the IMPLIED CONTRACT created herein by and between the parties Petitioner/Injured Party Jameel-A: Lockhart and Respondent's/DEBTORS Sun West Mortgage Company Inc, and Pavan Agarwal acting as CEO in substitution for Scott Frommert acting as Chief Financial Officer.
13. Respondent's/DEBTORS, Sun West Mortgage Company Inc, and Pavan Agarwal acting as CEO in substitution for Scott Frommert acting as Chief Financial Officer, HEREIN WAIVING THE TORT, ACKNOWLEDGES, ACCEPTS and AGREES to all terms and conditions expressed herein the IMPLIED CONTRACT as being mutually agreed upon by all parties.

**WAIVER OF TORT:**

The election, by an injured party, for purposes of redress, to treat the facts as establishing an implied contract, which he may enforce, instead of an injury by fraud or wrong, for the committing of which he may demand damages, compensatory or exemplary. Harway v. Mayor, etc., of City of New York. 1 Hun (N.Y.) 630.

**Express and Implied Contracts**

**An express contract is an actual agreement of the parties,** the terms of which are openly uttered or declared at the time of making it, being stated in distinct and explicit language, either orally or in writing. 2 Bl.Comm. 443; 2 Kent, Comm. 450; Linn v. Ross, 10 Ohio 414, 36 Am.Dec. 95; A. J. Yawger & co. v. Joseph, 184 Ind. 228; 108 N.E. 774, 775; In re Pierce, Butler & Pierce Mfg. co.. D.C.N.Y., 231 F. 312, 318.

**An implied contract is one not created or evidenced by the explicit agreement of the parties**, but inferred by the law, as a matter of reason and justice from their acts or conduct, the circumstances surrounding the transaction making it a reasonable, or even a necessary, assumption that a contract existed between them by tacit understanding. Miller's Appeal, 100 Pa. 568, 45 394; Landon v. Kansas City Gas co., C.C.A.Kan., 10 F.2d 263, 266; Caldwell v. Missouri State Life Ins. Co., 230 S.W. 566, 568, 148 Ark. 474; Cameron, to Use of Cameron, v. Eynon, 332 Pa. 529, 3 A.2d 423, 424; American La France Fire Engine Co., to Use of American La France & Foamite Indusfries, v. Borough of Shenandoah, C.C.A.Pa., 115 F.2d 806, 867.

14. The Petitioner, having exhausted his administrative remedy as required by law do request that the clerk of the court ENTER THE DEFAULT JUDGMENT.

**EXHAUSTION OF ADMINISTRATIVE REMEDIES-** The doctrine that, if an administrative remedy is provided by statue, relief must be sought from administrative body and such remedy be exhausted before courts will act. Abelleria v. District Court of App, Third Dist. 17 Cal 2080, 109 P. 2d 942, 949, 132 A.L.R. 715; Hills v. Brisbane, 66, Cal. App. 2d 15, 151 P.2d 578, 582.

15. Petitioner having exhausted his administrative remedy affirm and assert that as an action at law the Respondent's/DEBTORS, Sun West Mortgage Company Inc, and Pavan Agarwal acting as CEO in substitution for Scott Frommert acting as Chief Financial Officer actions are hereby barred and foreclosed.

**BARRED AND FORECLOSED.**

Respondents/Libellants are barred by Acquiescence.
Respondents/Libellants are barred by Tacit Procuration.
Respondents/Libellants are barred by Consent Judgment.
Respondents/Libellants are barred by Judgment by Default.
Respondents/Libellants are barred by Obligation.
Respondents/Libellants are barred by Agreement.
Respondents/Libellants are barred by Contract.
**Respondents/Libellants are barred by Moot.**

**This matter shall be res Judicata and stare decisis.** Accordingly, I now invoke the doctrine of laches incurs and estoppel by acquiescence, because I can prove that your previous fiduciary contract with me imposes upon you a legal and a moral duty to answer, and your silence can now be construed as a fraud. "Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading." See [U.S. v. Tweel, 550 F. 2d 297, 299 (1977), emphasis added, quoting U.S. v. Prudden, 424 F. 2D 1021, 1032 (1970). see also Carmine v. Bowen, 64 A. 932 (1906)].

**AGREEMENT**

16. Respondent's/DEBTORS, Sun West Mortgage Company Inc, and Pavan Agarwal acting as CEO in substitution for Scott Frommert acting as Chief Financial Officer, agrees to and accept the default judgment as a QUIET TITLE ACTION to be entered I the public record.

17. Respondent's/DEBTORS, Sun West Mortgage Company Inc, and Pavan Agarwal acting as CEO in substitution for Scott Frommert acting as Chief Financial Officer, agrees that all Mortgages, Liens Deeds of Trust or Encumbrances of claims to proper and agrees to file a release of Lien due to discharged in the recorder of deeds office for Wayne County along with noticing all three credit reporting agencies.

18. Respondent's/DEBTORS, Sun West Mortgage Company Inc, and Pavan Agarwal acting as CEO in substitution for Scott Frommert acting as Chief Financial Officer, agrees to pay $19,000.00. plus the value of the original mortgage of 400,000.00 Within the first 3days/72 hours.
19. Respondent's/DEBTORS, Sun West Mortgage Company Inc, and Pavan Agarwal acting as CEO in substitution for Scott Frommert acting as Chief Financial Officer, failure to comply with Affiant's demands is your agreement to pay a sum certain for the full value of $3,375,000.00

**POWER OF ATTORNEY**

As a result of Respondent's/DEBTORS, Sun West Mortgage Company Inc, and Pavan Agarwal acting as CEO in substitution for Scott Frommert acting as Chief Financial Officer having waived your right to answer by acquiescence, tacit admission and failure to contest, rejecting your due process opportunity and granting affiant a judgment by default, Debtor hereby authorizes and appoints secured party/Judgement Lien Holder to act as debtor's Agent and/or Attorney-in-Fact, irrevocably, with full power of substitution to do the following: (a) endorse or otherwise sign, without liability, all documents and instruments, of any type or required for the purpose of authenticating the writing in all commercial activity between debtor and other corporate persons; (b) demand, collect, receive, receipt for, sue, and recover all sums of money or other property which may now or hereafter become due, owing, or payable to the debtor; (c) execute, sign, and endorse any and all claims, instruments, receipts, checks, drafts, or warrants issued in payment for the collateral; (d) settle or compromise any and all claims, now existing or hereafter arising, against debtor and/or any collateral; and (e) file any claim(s) or take any action or institute or take part in any proceedings, either in his own name or in the name of the debtor, or otherwise, which in the discretion of secured party may seem to be necessary or advisable. In addition, the secured party may, on behalf of and in the name of the debtor, receive, open, and dispose of mail addressed to debtor, and change any address to which mail and payments are to be sent. This power is given as security for the indebtedness, and the authority hereby conferred is and shall be irrevocable and shall remain in full force and effect until renounced by the secured party in writing.

**By this Bill to quiet title, Petitioner Jameel-A: Lockhart.**, a man] seek a declaration that he is the exclusive titleholders to their residential real property, that the security agreement and financing statement has conveyed exclusive title to the property and constitutes in fact an equitable mortgage.

**A suit to quiet title is equitable in nature, and the principal issue in such suits is "the existence of a cloud on the title that equity will remove.** "' Florey v. Estate of McConnell, 212 S.W.3d 439, 448 (Tex. App.—Austin 2006, pet. denied) (quoting Bell v. Ott, 606 S.W.2d 942, 952 (Tex. Civ. App.—Waco 1980, writ ref' d n.r.e.)). A "cloud" on legal title includes any deed, contract, judgment lien or other instrument, not void on its face, that purports to convey an interest in or makes any charge upon the land of the true owner, the invalidity of which would require proof. Wright v. Matthews, 26 S.W.3d 575, 578 (Tex. App. —Beaumont 2000, pet. denied). A suit to quiet title '"enable[s] the holder of the feeblest equity to remove from his way to legal title any unlawful hindrance having the appearance of better right.'" Florey, 212 S.W.3d at 448 (quoting Thomson v. Locke, 1 S.W. 112, 115 (Tex. 1886).

**RIGHTS AND REMEDIES ON DEFAULT.** If an event of default occurs under the herein AGREEMENT, or any time, thereafter, secured party shall have all the rights of a secured party in commerce. In addition, and without limitation, secured party may exercise any one or more of the following rights and remedies:) Accelerate indebtedness, 2.) Assemble collateral, 3.) Sell the collateral, 4.) Appoint receiver, 5.) Collect revenues, 6.) Apply accounts, 7.) Obtain deficiency, 8.) Cumulative remedies.

**It is therefore, herein DECLARED that an IMPLIED CONTRACT** with Affiant Jameel-A: Lockhart and Sun West Mortgage Company Inc and agents herein Debtor having waived your right to answer by acquiescence, tacit admission and failure to contest, rejecting your due process opportunity and granting affiant a Lien judgment by default is created and freely and jointly entered into by the parties, in which ANY and ALL Parties are free to choose to become OBLIGATED or not to become obligated of their own free choice or volition, to TRESPASS and cause a TORT or not to TRESPASS, TO INJURE ME A PROPER PARTY, or not to INJURE ME, the proper PARTY HEREIN WAIVING THE TORT and accepting settlement of the terms and conditions of this IMPLIED CONTRACT mutually agreed upon by all parties.

**NOTICE IS HEREBY GIVEN**

FULL ACCEPTANCE IS FINAL AND BINDING TO ALL PARTIES BY SELF EVIDENCE OF AN INJURY OR DEPRIVATION UPON ME Jameel-A: Lockhart, OR MY LAWFULLY OWNED PROPERTY BY ANY PARTY.

**FEE SCHEDUAL & SUM CERTAIN**

**ORIGINAL NOTE/COLLATERAL** $400,00.00

**DOWNPAYMENT** $19,000.00

15 U.S. Code 5 1611 $5000.oo.

Unjust Enrichment $25,000.00

U.S.C. Title18 Section 3571, Section 3623, Violation of Extortion $25,000.00

Title 18 USC Section2 1001 False Statements or within United States $10.000.00.x3

Title 18 USC Section 242 Deprivation of rights under color of law $100,000.00

U.S.C. Title18 Section 3571, Section 3623, Violation of Extortion

Title 18 USC Section2 1001 False Statements or within United States $10,000.00. Title 18 USC Section 242 Deprivation of rights under color of law $100,000.00 Title 18 USC Section 241 Conspiracy against rights $250.000.00

Total $1,125,000.00

Treble X.3

**Total S 3,375,000.00**

I affirm that all of the foregoing is true and correct to the best of my knowledge. I affirm that I am of lawful age and am competent to make this Affidavit.

**LET IT BE KNOWN TO ALL, that I, Jameel-A: Lockhart, explicitly reserve all my Rights. See UCC 1-308, which was formerly UCC 1-207.** I retain all my Rights. I always retain of all my Rights and liberties; and in all places, nunc pro tunc (now for then), from the time of my birth. Further, I retain my rights not to be compelled to perform under any contract or commercial agreement; I did not enter knowingly, voluntarily, and intentionally, "without dishonor."

**IN WITNESS WHEREOF** I verify under penalty of perjury that the foregoing is true and correct, under my hand and seal. Executed per Title 28 U.S.C. Section 1746(1).

**"Without Prejudice"**

**Jameel-A: Lockhart**, Beneficiary
ALL RIGHTS RESERVED UCC 1-207 UCC 1-103

USC Title 28, Section 1746(1)
Executed without the
United States… under the
Law of the United States of America

**Acknowledgement**

State of Michigan)

County of Wayne)

Acknowledged before me this 7 day of April, 2025, a Notary Public, personally appeared Jameel-A: Lockhart, who is known to me to be the person who subscribed his name to this document and acknowledged that he did so for the stated purposes.

Notary Public

DIANE P. HOYE
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Aug 28, 2027
ACTING IN COUNTY OF Wayne

SEAL

9589 0710 5270 2387 3765 60

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

Cerritos, CA 90703

| | |
|---|---|
| Certified Mail Fee $ $4.85 | 0221<br>94 |
| Extra Services & Fees *(check box, add fee as appropriate)* $0.00 | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ $1.77 | |
| Total Postage and Fees $ $6.62 | 04/08/2025 |

*Sent To*

*Street and Apt. No., or PO Box No.*

*City, State, ZIP+4®*

PS Form 3800, January 2023 See Reverse for Instructions

Certified
Tracking #:
9589 0710 5270 2387 3765 60

| | | | |
|---|---|---|---|
| Total | | | $6.62 |
| ConstanceBMotley | 1 | $0.73 | $0.73 |
| Grand Total: | | | $7.35 |
| Cash | | | $20.00 |
| Change | | | $12.65 |

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.

Exhibit G-1

# Exhibit H

# Email Correspondence

Gmail jameel Lockhart <jameellockhart2@gmail.com>

**123305007400 [Response to the Notice of Default Judgment and Entry of Default Judgment received on April 14, 2025]**

**Customer Service** <customerservice@swmc.com> Wed, Apr 23 at 8:22 AM
To: <jameellockhart2@gmail.com>

Dear Mr. Lockhart,
Please find attached Sun West Mortgage Company, Inc. (Sun West's) formal response to the Notice of Default Judgment and Entry of Default Judgment received on April 14, 2025.

The password to access the attachment will follow in a separate email.

SunWest
44 YEARS OF TRUST
Great Place To Work Certified

**Customer Service**
Sun West Mortgage Company, Inc. NMLS 3277
Toll-Free (800) 345-7884
Email: customerservice@swmc.com
swmc.com | HECM | Multifamily | USDA | FHA | Purchase or Refi

| Sun West Niches! | | | |
|---|---|---|---|
| **FHA/VA Loans** FICO as Low as 500 | **No Overlays** True Agency Guidelines | **Manual Underwrites OK** Conv. / Gov. Products | **Non-Traditional Credit OK** Conv. / Gov. Products |
| **No FICO IRRRLs / Streamlines** Pricing Specials! | **Rehab Loans** FHA 203(k), HomeStyle®, ChoiceRenovation® | **VA 100% Cash-Out** Maximize VA Benefits | **Equo DPA Program** Minimum FICO 580, 2.5%, 3.5%, 5% DPA |
| **Non-QM Loans** Flexible Qualifications | **State Housing Agency DPAs** Help Expand Homeownership | **Reverse Mortgages** Purchase/Refinance | **AngelAI** Your Free 24/7 Assistant |

**SunWest** Mortgage Company, Inc. NMLS 3277

EQUAL HOUSING OPPORTUNITY

April 22, 2025

VIA FedEx and Email

Attn.: Jameel Ameer Lockhart
1304 Devonshire Road
Grosse Pointe Park MI 48230-1158

Email: jameellockhart2@gmail.com

Re: Notice of Default Judgment and Entry of Default Judgment received on April 14, 2025
Mortgagee: Sun West Mortgage Company, Inc. ("Sun West")
Mortgagor(s): Jameel Ameer Lockhart
Sun West Loan #s: 123305007400 and 123305007900
Subject Property: 1304 Devonshire Road Grosse Pointe Park MI 48230

Dear Mr. Lockhart,

We would like to thank you for the opportunity to address your concerns. Please refer to the table below which provides basic information about your loan.

| | | |
|---|---|---|
| Loan Number | 123305007400 | 123305007900 |
| Loan Type | Federal Housing Administration (FHA) | Conventional (Second Deed Trust) |
| Loan Purpose | Purchase | Second Lien |
| Loan was closed on | December 7, 2023 | |
| Status of your loan | Due for the month of April 2025. | Current. We have received the payment for April 2025. |

On April 14, 2025, we received the Notice of Default Judgment and Entry of Default Judgment (Notice), from you. A copy of the same is enclosed herewith for your reference. Please accept this correspondence as our formal written response to the concerns in the notice.

On or about December 19, 2023, we received the Affidavit of Notice – Right of Rescission and Termination of Security Instrument for your loan. On or about January 5, 2024, we sent a formal response to you in reply to the Affidavit of Notice – Right of Rescission and Termination of Security Instrument.

Subsequently, on February 9, 2024, we received an Affidavit – Notice of Default, Affidavit/Affirmation in Support of Request for Certificate of Default for your loan. On or about February 15, 2024, we sent a formal response to the Affidavit – Notice of Default, Affidavit/Affirmation in Support of Request for Certificate of Default.

SunWest Mortgage Company, Inc. NMLS 3277

EQUAL HOUSING OPPORTUNITY

A copy of the formal response sent to you on February 15, 2024, which includes a copy of the response sent to you on January 5, 2024, is enclosed herewith for your reference.

Please refer to the copies of the following documents for your loan number 123305007400, which were included as part of the letter sent to you on January 5, 2024.

- Closing Disclosure
- Note
- Security Instrument (Mortgage)

As explained in the letter sent to you on January 5, 2024, it can be verified from the documents that you obtained a loan of $466,297.00 from us. The Note and the Deed of Trust describe in detail your responsibilities toward your loan, in the capacity of a borrower. It explains that you are responsible for making the payments for the loan until the loan is paid in full.

Please find enclosed copies of the following documents for your loan number 123305007900.

- Note
- Security Instrument (Mortgage)

It can be verified from the documents, that the amount of the second lien is $23,745.00. The Section 3 (A) of the Note for your loan number 123305007900 states the following.

> *I will pay Principal and Interest by making a payment every month.*
> *I will make my monthly payment on the 1st day of each month beginning February 1, 2024.*
> *I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on January 1, 2034, I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."*

It can be verified from the above information that you are required to make the payments toward the loan number 123305007900, until the loan is paid in full.

Please also find enclosed copies of the Payment History for your loan numbers 123305007400 and 123305007900. The following information can be verified.

- The last payment that we received for your loan number 123305007400 was for the month of March 2025 and the outstanding principal balance for your loan is $461,943.03.
- The last payment that we received for your loan number 123305007900 was for the month of April 2025 and the outstanding principal balance for your loan is $21,924.61.

As explained in the letters sent to you on or about January 5, 2024, and February 15, 2024, we are unable to consider your loan as discharged until we have received the full payment as per the terms of the Note and the Security Instrument for your loan. Sun West assures you that it has responded to the Affidavit of

SunWest
Mortgage Company, Inc. NMLS 3277

EQUAL HOUSING OPPORTUNITY

Notice – Right of Rescission and Termination of Security Instrument received on December 19, 2023, and the Affidavit – Notice of Default, Affidavit/Affirmation in Support of Request for Certificate of Default received on February 5, 2024.

We respectfully decline your request for the release of the liens and the discharge of the mortgage for the loan numbers 123305007400 and 123305007900.

If you need additional information or have any questions, please do not hesitate to contact me directly.

Thank You.

Sincerely,

Jessie Gonzalez
Servicing Escalation Specialist
Toll Free: (800) 345-7884 | Ext. 82008
Direct: (562) 977-8333
Email: jessie.gonzalez@swmc.com

Encl: As referenced above.

Gmail

**jameel Lockhart <jameellockhart2@gmail.com>**

---

## 123305007400 [Response to the Notice of Default Judgment and Entry of Default Judgment received on April 14, 2025]

---

**jameel Lockhart** <jameellockhart2@gmail.com> Wed, Apr 23 at 10:53 PM
To: Customer Service <customerservice@swmc.com>
Bcc: Omari Miles - El <omarimilesel@gmail.com>

**REBUTTAL TO CLAIM OF COMPLIANCE WITH FHA GUIDELINES AND FORMAL DEMAND FOR ACCOUNT CLOSURE**

To Whom It May Concern:

Your recent correspondence stating that the $19,000 down payment and Private Mortgage Insurance (PMI) were required in accordance with FHA guidelines is hereby acknowledged. However, this assertion is **legally insufficient** as a defense or justification for the violations committed. FHA guidelines, while administrative in nature, **do not override federal statutes, consumer protection laws, or the Uniform Commercial Code.**

Your institution is bound by:

- **The Truth in Lending Act (15 U.S.C. § 1601 et seq.)**, which mandates clear, conspicuous disclosure of all material terms, including the total sum of charges and the real nature of credit transactions;
- **The Uniform Commercial Code § 3-311**, which governs discharge of obligations through accord and satisfaction via conditional payment instruments;
- **Common law principles**, including good faith, full disclosure, and fair dealing in all contractual relations.

You received two checks as conditional offers of settlement: via USPS Certified mail tracking number: 9589 0710 5270 1514 5610 77

- **Check #1**: $4,730.36 for loan ending in **7400**, labeled "For settlement of account balance in full"
- **Check #2**: $317.09 for loan ending in **7900**, labeled "Settlement in full of account balance"

**Both checks were deposited and cleared by your institution.** This constitutes legal **acceptance of the terms** under UCC § 3-311. Moreover, you were issued a formal **Notice of Accord and Satisfaction**, and you failed to reject or respond to this notice within a reasonable time. Your **silence and retention of funds constitute tacit acquiescence and final discharge of the debts**.

Furthermore, your reliance on FHA policy does not cure your **failure to lawfully disclose** all material facts at the time of the contract's execution, including misrepresentations about the necessity of a down payment, and the concealment of the true nature of credit under **15 U.S.C. § 1662(b)**.

Accordingly, I demand once again that you:

1. **Acknowledge the full satisfaction of both accounts;**
2. **Mark the accounts as "Paid in Full" and "Closed"** on all internal systems and with all credit reporting agencies;
3. **Cease any and all further collection activity**, oral or written, on these accounts.

Failure to do so will result in escalation to relevant regulatory agencies and pursuit of additional legal remedies.

Sincerely,
**Jameel Lockhart**
April 23, 2025

[Quoted text hidden]

Accord and satisfaction.pdf

Gmail jameel Lockhart <jameellockhart2@gmail.com>

## 123305007400 [Response to the Notice of Default Judgment and Entry of Default Judgment received on April 14, 2025]

**Customer Service** <customerservice@swmc.com> Mon, Apr 28 at 6:15 AM
To: jameel Lockhart <jameellockhart2@gmail.com>

Dear Mr. Lockhart,

Sun West Mortgage Company, Inc. ("Sun West") would like to thank you for the opportunity to address your concern. Please accept this correspondence as our formal response to the concern noted in your email dated April 23, 2025.

A review of the records was completed in light of the concerns noted. Please find enclosed a copy of the Notice of Full Accord and Satisfaction. Please see below our response in regard to the concern with the checks in the amount of $317.09 and $4,730.36.

Loan number 123305007400

We would like to draw your attention to the Uniform Covenant 2 of the Mortgage (Security Instrument) for your loan number 123305007400. A copy of the same was included as part of the letter sent to you on or about January 5, 2024. It states the following in pertinent parts.

> ***2. Application of Payments or Proceeds.*** *Except as otherwise described in this Section 2, all payments accepted and applied by Lender shall be applied in the following order of priority:*
> *First to the Mortgage Insurance premiums to be paid by lender to the Secretary or the monthly charge by the Secretary instead of the monthly mortgage insurance premiums;*
> *Second to any taxes, special assessments, leasehold payments or ground rents, and fire, flood and other hazard insurance premiums, as required;*
> *Third, to interest due under the Note;*
> *Fourth, to amortization of the principal of the Note; and, Fifth to late charges due under the Note.*

The check # 154 was received by us on February 26, 2024. A copy of the check # 154 is included as part of the Notice of Full Accord and Satisfaction. Please be advised that there the amount in figures on the check was mentioned as $4,730.36, whereas the amount in words was mentioned as 'Four thousand thirty dollars and thirty-six cent'.

The Uniform Commercial Code 440, of the Michigan Legislature, states the following.

> ***Sec. 3114.*** *If an instrument contains contradictory terms, typewritten terms prevail over printed terms, handwritten terms prevail over both, and words prevail over numbers.*

This information can be verified online on the Michigan portal at the following link:

> https://www.legislature.mi.gov/documents/mcl/pdf/mcl-174-1962-3.pdf

In accordance with the above referenced law, the amount considered for the check # 154 was $4,030.36. Since the amount of $4,030.36 was not sufficient to cover the full monthly payment for the month of March 2024 for your loan, it was placed in the suspense account for your loan. This information can be verified from the Payment History for your loan number 123305007400.

Loan number 123305007900

Please refer to the copy of the Security Instrument (Mortgage) for your loan number 123305007900. The Uniform Covenant 2 of the Mortgage states the following in pertinent parts

***2. Application of Payments or Proceeds.*** *Except as otherwise described in this Section 2, all payments accepted and applied by Lender shall be applied in the following order of priority: (a) interest due under the Note; and (b) principal due under the Note. Such payments shall be applied to each Periodic Payment in the order in which it became due. Any remaining amounts shall be applied first to late charges, second to any other amounts due under this Security Instrument, and then to reduce the principal balance of the Note.*

On February 21, 2024, we received the check # 152 in the amount of $317.09 for your loan. The instructions on the check mentioned that the amount was to be applied toward the 'settlement of the full account balance for the loan number 1233050079'. A copy of the check # 154 is included as part of the Notice of Full Accord and Satisfaction.

In accordance with the covenant 2 of the Mortgage, we were required to apply the amount of $317.09, toward the interest and principal payment due for the month of February 2024 for your loan. The table below provides a breakdown of how the amount of $317.09 was applied to your loan number 123305007900. This information can also be verified from the Payment History for your loan number 123305007900.

| **Description** | **Amount ($)** |
|---|---|
| Principal portion of February 2024 payment due | 114.27 |
| Interest portion of February 2024 payment due | 202.82 |
| **Total payment received** | **317.09** |

Please refer to the copy of the formal response sent to you on or about April 23, 2025. As stated in the letter, and as can be verified from the copies of the Payment Histories for the loan numbers 123305007400 and 123305007900 enclosed herewith:

- The last payment that we received for your loan number 123305007400 was for the month of March 2025 and the outstanding principal balance for your loan is $461,943.03.
- The last payment that we received for your loan number 123305007900 was for the month of April 2025 and the outstanding principal balance for your loan is $21,924.61.

As explained in the letters sent to you on April 23, 2025, January 5, 2024, and February 15, 2024, we are unable to consider your loan as discharged until we have received the full payment as per the terms of the Note and the Security Instrument for your loan. We respectfully decline your request for the release of the liens and the discharge of the mortgage for the loan numbers 123305007400 and 123305007900.

The password to access the attachment will follow in a separate email.

If you require any additional assistance, please do not hesitate to contact us at (800) 345-7884 (ext.7882). Our hours of operation are between 7:00 AM PST to 7:00 PM PST. Alternatively, you may write to us at CustomerService@swmc.com.

Thank you.

[Quoted text hidden]

Package of Supporting Documents 123305007400.pdf

Gmail

jameel Lockhart <jameellockhart2@gmail.com>

# 123305007400 [Response to the Notice of Default Judgment and Entry of Default Judgment received on April 14, 2025]

**jameel Lockhart** <jameellockhart2@gmail.com> Mon, Apr 28 at 11:46 PM
To: Customer Service <customerservice@swmc.com>

Subject: Rebuttal and Proof of Full Accord and Satisfaction – Loan Numbers 1233050074 and 1233050079

Dear Sun West Mortgage Company, Inc.,

This correspondence is in response to your email dated April 28, 2025, regarding my prior Notice of Full Accord and Satisfaction.

- The law is clear: **Acceptance and negotiation of a payment offered in full settlement of a disputed debt constitutes an accord and satisfaction.**
- **It is irrelevant** whether funds were placed in a suspense account internally. Once a check is **endorsed and deposited**, the payment is **accepted** under UCC § 3-311.
- **Internal accounting practices** (such as placing a payment into suspense) **cannot override or undo** the legal effect of negotiating a settlement payment.
- Furthermore, Sun West **failed to timely respond** to my original **Notice of Full Accord and Satisfaction.** Under commercial law, **silence constitutes acceptance** when a response is required to preserve a claim.
- Your attempt to now selectively object **more than a year later** is **both untimely and legally ineffective.**

Upon further review of my records, I have located other settlement payments that were tendered to Sun West Mortgage Company, cashed by your institution, and posted to my accounts, thereby reinforcing the establishment of an accord and satisfaction under applicable law.

**Summary of Prior Settlement Payments:**

- Check #1:
- Amount: **$332.94**
- Posting Date: **April 2, 2024
- Memo Line: *"Settlement offer to pay off loan in full account #: 1233050079"*

- Check #2:
- Amount: **$4,740.11**
- Posting Date: **April 2, 2024
- Memo Line: *"Final settlement offer for payoff of loan in full. Account number 1233050074"*

Both checks clearly contained **specific settlement language** on their face (in the memo lines) **prior to being negotiated and deposited** by Sun West, which **constitutes an acceptance of the offered terms** under **UCC § 3-311** and applicable Michigan law.

I am providing **PDF copies of both checks**, including images of the memo lines and proof of posting/cashing dates, to further establish the facts.

Timeline of Events:

- January 2024: Disputes and notices (including rescission and waiver of tort) previously sent to Sun West.
- April 2, 2024: Two separate settlement checks tendered and posted.
- February 2024 – Present: Additional communications sent, including Notice of Full Accord and Satisfaction (unanswered at the time).
- **April 23, 2025:** Sun West provides late response acknowledging only the most recent check but failing to address prior accepted settlement offers.

Legal Position:

Pursuant to UCC § 3-311, when a debtor tenders a payment in full satisfaction of a disputed debt and the creditor accepts and negotiates that payment, the debt is discharged in full, regardless of any subsequent protestations by the creditor. The acceptance and cashing of my settlement checks with clear settlement language established a legally binding accord and satisfaction** as a matter of law.

Demand:

Accordingly, I demand that Sun West **immediately discharge the alleged debts** associated with Loan Numbers **1233050074** and **1233050079**, **release all liens** associated with these loans, and update all internal records to reflect that the obligations have been fully satisfied.

Failure to comply will leave me no choice but to escalate this matter through formal complaint channels, regulatory authorities, and legal action, if necessary.

Please find attached the PDF copies of the checks** and **proof of posting dates**.
I expect a written confirmation of discharge and lien release within **10 business days** from the date of this letter.

---
On Mon, Apr 28, 2025 at 6:15 AM Customer Service <customerservice@swmc.com> wrote:

Dear Mr. Lockhart,

Sun West Mortgage Company, Inc. ("Sun West") would like to thank you for the opportunity to address your concern. Please accept this correspondence as our formal response to the concern noted in your email dated April 23, 2025.

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

Sincerely,
**Jameel Lockhart**
April 28, 2025

[Quoted text hidden]

LOCKHART_CHECK1044.pdf, LOCKHART_CHECK1045.pdf

Gmail jameel Lockhart <jameellockhart2@gmail.com>

**123305007400 [Response to the Notice of Default Judgment and Entry of Default Judgment received on April 14, 2025]**

**Customer Service** <customerservice@swmc.com> Fri, May 2 at 5:02 AM
To: jameel Lockhart <jameellockhart2@gmail.com>

Dear Mr. Lockhart,

Sun West Mortgage Company, Inc. ("Sun West") would like to thank you for the opportunity to address your concern. Please accept this correspondence as our formal response to the concern noted during the telephone conversation and in your email dated April 28, 2025.

We would like to draw your attention to the Note for your loan numbers 123305007400 and 123305007900. Copies of the same are enclosed herewith for reference. The Section 3 (A) of the Note for your loans states the following:

> *I will pay principal and interest by making a payment every month.*
> *I will make my monthly payment on the 1st day of each month beginning on February 1, 2024. I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest and other items in the order described in the Security Instrument before Principal. If on January 1 2025, I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."*

It can be verified from the above information that your loan can be considered as paid in full only after receipt of the full amounts due toward the principal and interest for your loans.

Please refer to the copies of the Payment Histories for the loan numbers 123305007400 and 123305007900. It can be verified that,

- The outstanding principal balance for your loan number 123305007400 after the receipt of the March 2025 payment was $461,615.76.
- The outstanding principal balance for your loan number 123305007900 after the receipt of the April 2025 payment was $21,924.61.

Please note that the checks in the amount of $4,740.11 and $332.94, received toward the loan numbers 123305007400 and 123305007900, respectively, were not sufficient to cover the full amount of the principal and interest balance due for your loans.

The table below provides a breakdown of the manner in which the checks in the amount of $4,740.11 and $332.94 were applied to your loans.

<u>Check in the amount of $4,740.11 received on March 30, 2024, for the loan number 123305007400</u>

| Description | Amount ($) |
|---|---|

| | |
|---|---|
| Full payment for the month of March 2024 | 4,714.36 |
| Remaining amount of $25.75 (calculated as $4,740.11-$4,714.36) applied to the suspense account for your loan | 25.75 |
| **Total payment applied to your loan** | **4,740.11** |

The above information can be verified from the Payment History for your loan number 123305007400.

<u>Check in the amount of $332.94 received on March 30, 2024, for the loan number 123305007900</u>

| **Description** | **Amount ($)** |
|---|---|
| Full payment for the month of March 2024 | 317.09 |
| Remaining amount of $15.85 (calculated as $332.94-$317.09) applied to the suspense account for your loan | 15.85 |
| **Total payment applied to your loan** | **332.94** |

This information can also be verified from the Payment History for your loan number 123305007900.

As explained in the letters sent to you on April 28, 2025, April 23, 2025, January 5, 2024, and February 15, 2024, we are unable to consider your loan as discharged until we have received the full payment as per the terms of the Note and the Security Instrument for your loan. We respectfully decline your request for the release of the liens and the discharge of the mortgage for the loan numbers 123305007400 and 123305007900.

[Quoted text hidden]

Package of Supporting Documents.pdf

Gmail **jameel Lockhart <jameellockhart2@gmail.com>**

## 123305007400 [Response to the Notice of Default Judgment and Entry of Default Judgment received on April 14, 2025]

**jameel Lockhart** <jameellockhart2@gmail.com> Tue, May 6 at 9:14 AM
To: Customer Service <customerservice@swmc.com>

To Whom It May Concern,

I am writing in response to your last email concerning loan numbers **123305007400** and **123305007900**. Your response once again fails to address the substantive legal issue raised in my prior notices and correspondence: **accord and satisfaction under Uniform Commercial Code § 3-311**.

### 1. UCC § 3-311: Accord and Satisfaction by Use of Instrument

You have continued to reference only the original loan contract (the Note), while completely disregarding the legal impact of **my March 1, 2024, Notice of Accord and Satisfaction** and the settlement checks attached to it. As clearly stated in that notice:

- The account was **disputed** and declared in default **prior to** the issuance of the checks;
- The checks were tendered in **good faith** as a **final settlement** of the alleged debt;
- You had prior notice that the funds were tendered in **full and final satisfaction** of the disputed obligation;
- The checks were **accepted, negotiated, and retained** by Sun West;
- **No rejection or rebuttal** was issued within a reasonable time, and no statutory rebuttal under § 3-311(c) was made.

Pursuant to **UCC § 3-311(a)-(b)**, this constitutes a binding **accord and satisfaction**, and the obligation was legally discharged when you negotiated those instruments.

### 2. Suspense Account is Legally Irrelevant

Your letter references "suspense accounts" as if that alters the legal effect of your actions. It does not. The law is clear: **cashing or depositing a check offered in full satisfaction discharges the claim** unless the funds are returned. The subjective internal accounting treatment of the check is irrelevant and has no bearing on the discharge of the obligation.

### 3. Ongoing Pursuit of Collection is Improper and Potentially Actionable

Given your failure to timely reject the offer or return the funds, your continued pursuit of this alleged debt constitutes **unlawful collection activity**, in violation of commercial law and may expose you to liability under the **Fair Debt Collection Practices Act (FDCPA)** and other applicable state and federal laws.

I reiterate that this account is **closed and discharged** pursuant to UCC § 3-311. I reserve all rights, including the right to seek judicial relief and damages for any continued efforts to misrepresent or enforce a discharged obligation.

Sincerely,
**Jameel Lockhart**

[Quoted text hidden]

Gmail

jameel Lockhart <jameellockhart2@gmail.com>

---

**123305007400 [Response to the Notice of Default Judgment and Entry of Default Judgment received on April 14, 2025]**

---

**jameel Lockhart** <jameellockhart2@gmail.com> Tue, May 6 at 10:51 PM
To: Customer Service <customerservice+canned.response@swmc.com>

**Subject:** Request for Concurrence – Upcoming Motion for Summary Judgment and Default Judgment

Dear Sun West Mortgage Company

I am writing to request your position regarding a motion I intend to file in the United States District Court for the Eastern District of Michigan. Specifically, I will be filing a **Motion for Summary Judgment and Default Judgment** in the matter of the dispute between myself and Sun West Mortgage Company, Inc., involving loan numbers **123305007400** and **123305007900**.

Pursuant to Local Rule 7.1(a), I am reaching out in good faith to seek your concurrence or opposition to this motion. The basis of the motion includes, but is not limited to:

* Prior administrative default for failure to respond properly to notices of waiver of tort and right of rescission;
* A notice of accord and satisfaction sent on March 1, 2024, supported by cashed checks and no rebuttal or formal response;
* Subsequent communications that failed to address the legal issues raised and relied instead on internal policy.

Please provide your position on this matter by 3:00 p.m. on May 7, 2025 so I may accurately reflect your response in my filing.

If I do not receive a response by that time, I will indicate in the motion that concurrence was sought but not obtained, in accordance with Rule 7.1(a)(2)(B).

Thank you for your time and attention.

Sincerely,
Jameel Lockhart
1304 Devonshire Rd
Grosse Pointe Park, MI 48230
[Quoted text hidden]

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: Wayne

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Jameel Lockhart

**DEFENDANTS** Sun West Mortgage Company Inc

**(b)** County of Residence of First Listed Plaintiff Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [X] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing ***(Do not cite jurisdictional statutes unless diversity)***: FRCP Rule 56

Brief description of cause: Motion for Summary Judgement

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE ____________ DOCKET NUMBER ____________

DATE May 7, 2025 SIGNATURE OF ATTORNEY OF RECORD Jameel Lockhart

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

# PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?

☐ Yes
☑ No

If yes, give the following information:

Court: ______________________________

Case No.: ______________________________

Judge: ______________________________

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)

☐ Yes
☑ No

If yes, give the following information:

Court: ______________________________

Case No.: ______________________________

Judge: ______________________________

Notes :