7

## MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**Jameel Lockhart**,
Plaintiff,
v.
**Sun West Mortgage Company, Inc.**,
Defendant.

FILED
JUL 09 2025
CLERK'S OFFICE
DETROIT
LH

---

**Case No. 2:25-cv-11341**
**Hon. Gershwin A. Drain**

---

## MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

NOW COMES Plaintiff **Jameel Lockhart**, in propria persona, and respectfully moves this Honorable Court for entry of a Temporary Restraining Order and Preliminary Injunction enjoining Defendant **Sun West Mortgage Company, Inc.** from continuing to report allegedly false or disputed information to consumer credit reporting agencies during the pendency of this action. In support of this motion, Plaintiff states:

1. Plaintiff brings this action asserting, among other things, violations of federal and state law, including claims of fraud, breach of contract, and unlawful credit reporting practices.
2. Despite the disputed nature of the alleged debt and the pendency of this lawsuit, Defendant continues to report derogatory and delinquent account information to all three major credit bureaus—**Equifax, Experian, and TransUnion**.
3. This continued reporting is causing **irreparable harm** to Plaintiff's credit standing, including **loss of access to credit, inability to refinance existing obligations, and significant reputational damage**.
4. Plaintiff has submitted prior notices of dispute and has attempted to resolve the matter administratively, including formal notice of rescission and tender of settlement, all of which Defendant has ignored or refused to honor.
5. Plaintiff now seeks a **temporary restraining order** and **preliminary injunction** under **Federal Rule of Civil Procedure 65**, enjoining Defendant from making or maintaining negative credit reports on Plaintiff during the pendency of this action.
6. The injunctive relief requested is narrowly tailored to preserve the status quo, avoid ongoing harm, and uphold the integrity of the judicial process until the underlying claims can be adjudicated on their merits.

WHEREFORE, Plaintiff respectfully requests this Honorable Court grant this Motion and enter the attached Proposed Order:

- Enjoining Defendant Sun West Mortgage Company, Inc. from reporting or updating negative information concerning Plaintiff to any consumer credit reporting agency until the resolution of this case.

Respectfully submitted,
/s/ Jameel Lockhart
Plaintiff, in propria persona
Dated: July 7, 2025

---

**PROPOSED ORDER**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**Jameel Lockhart**,
Plaintiff,
v.
**Sun West Mortgage Company, Inc.**,
Defendant.

---

**Case No. 2:25-cv-11341**
**Hon. Gershwin A. Drain**

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

This matter having come before the Court on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Defendant Sun West Mortgage Company, Inc. is temporarily enjoined from reporting, updating, or otherwise transmitting any negative credit information regarding Plaintiff Jameel Lockhart to any consumer reporting agency for the duration of this litigation, or until further order of this Court.

**Furthermore, Defendant is ordered to remove any late payment entries or other derogatory credit information reported since the commencement of this action in May 2025.**

IT IS FURTHER ORDERED that this matter is set for hearing on____________________to determine whether the injunction shall remain in effect for the duration of the litigation.

IT IS SO ORDERED.

Date: _______________

---

HON. GERSHWIN A. DRAIN
United States District Judge

---

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**Jameel Lockhart,**
Plaintiff,
v.
**Sun West Mortgage Company, Inc.**,
Defendant.

---

**Case No. 2:25-cv-11341**

---

**DECLARATION OF JAMEEL LOCKHART**

I, Jameel Lockhart, declare under penalty of perjury under the laws of the United States that:

1. I am the Plaintiff in the above-captioned matter and competent to testify.
2. Sun West Mortgage Company, Inc. continues to report derogatory credit information about me to Equifax, Experian, and TransUnion.
3. The account in question is the subject of this pending federal lawsuit, and I have previously disputed the debt, tendered settlement, and provided notice of rescission.
4. The continued negative reporting is damaging my credit score and is actively interfering with my ability to obtain financing, refinance existing debts, and maintain financial stability.
5. Attached hereto as **Exhibit A** is a true and correct excerpt of my most recent credit report, showing that Sun West Mortgage Company, Inc. is actively reporting derogatory information on my account as of________________
6. I am currently experiencing **financial hardship** as a result of this reporting, and I believe irreparable harm will continue unless the Court intervenes.

Executed on July 7, 2025.
/s/ Jameel Lockhart

Jameel Lockhart
1304 Devonshire rd
Grosse Pointe Park, MI 48230

**EXHIBIT A – Plaintiff's Credit Report Excerpt**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**Jameel Lockhart,**
Plaintiff,
v.
**Sun West Mortgage Company, Inc.,**
Defendant.

---

**Case No. 2:25-cv-11341**

---

**EXHIBIT A**

**Excerpt from Plaintiff's Credit Report**

- Issued by: Experian
- Date: 7/8/2025
- Subject: Active derogatory tradeline showing late payments reporting by **Sun West Mortgage Company, Inc.**

Exhibit A

**Current:**

Account closed due to transfer.

**Previous:**

None

## Reinvestigation Info

This item was updated from our processing of your dispute in Jun 2025.

# SUN WEST MORTGAGE CO INC

**POTENTIALLY NEGATIVE**

## Account Info

| | |
|---|---|
| Account Name | SUN WEST MORTGAGE CO INC |
| Account Number | 501233XXXXXX |
| Account Type | FHA Mortgage |
| Responsibility | Individual |
| Date Opened | 12/07/2023 |
| Status | Open. $5,252 past due as of Jun 2025. |
| Status Updated | May 2025 |
| Balance | $461,615 |
| Balance Updated | 06/07/2025 |
| Recent Payment | $4,727 as of 4/29/2025 |
| Monthly Payment | $5,252 |
| Original Balance | $466,297 |
| Highest Balance | - |
| Terms | 30 Years |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | 30 | 30 | – | – | – | – | – | – |
| 2024 | ✓ | ✓ | ND | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | – | – | – | – | – | – | – | – | – | – | – | ✓ |

✓ Current / Terms met    30 Past due 30 days

ND No data for this period

**Payment history guide**

30 days past due as of Jun 2025,May 2025

By Jan 2032, this account is scheduled to go to a positive status.

**Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Mar 2025** | **$461,943** | **$5,252** | **$4,727 on 3/24/2025** |
| **Feb 2025** | **$462,268** | **$4,727** | **$4,727 on 2/13/2025** |
| **Jan 2025** | **$462,590** | **$4,727** | **$4,727 on 1/14/2025** |
| **Dec 2024** | **$462,911** | **$4,727** | **$4,727 on 12/19/2024** |
| **Nov 2024** | **$463,229** | **$4,727** | **$4,714 on 11/19/2024** |
| **Oct 2024** | **$463,546** | **$4,714** | **$4,714 on 10/14/2024** |
| **Sep 2024** | **$463,860** | **$4,714** | **$4,714 on 9/14/2024** |
| **Aug 2024** | **$464,172** | **$4,714** | **$4,714 on 8/15/2024** |
| **Jul 2024** | **$464,482** | **$4,714** | **$4,714 on 7/15/2024** |
| **Jun 2024** | **$464,789** | **$4,714** | **$4,714 on 6/26/2024** |
| **May 2024** | **$465,095** | **$4,714** | **$4,714 on 5/31/2024** |
| **Apr 2024** | **$465,398** | **$4,714** | **$9,428 on 4/24/2024** |
| **Feb 2024** | **$465,999** | **$4,714** | **$4,714 on 2/23/2024** |
| **Jan 2024** | **$466,297** | **$4,714** | **$0** |
| **Dec 2023** | **$466,297** | **$4,714** | **$0** |

**Additional info**

The original amount of this account was $466,297

**Contact Info**

| | |
|---|---|
| Address | **18303 GRIDLEY RD, CERRITOS CA 90703** |